UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:

ONE15 Edge Marina Finance Company LLC   Case No. 1:24-bk-44027
                    Chapter 11

       Debtor(s)
------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007-1(b)

  The undersigned, Estelle Lau, CEO of ONE15 Edge Marina Finance Company LLC (the "Debtor"), hereby verifies and declares the following:

1. The Debtor filed a petition under chapter 11 of the Bankruptcy Code on September 26, 2024.

2. Schedule(s) were not filed at the time of filing of the said petition and are being filed herewith.

3. Annexed hereto is a listing of names and addresses of scheduled creditors added to or deleted from the list of creditors which accompanied the petition. Also listed, as applicable, are any scheduled creditors whose previously listed names and/or addresses have been corrected. The nature of the change (addition, deletion or correction) is indicated for each creditor listed.

4. An amended mailing matrix is annexed hereto, listing added creditors ONLY, in the format prescribed by Local Rule 1007-3.

*Reminder: No amendment of schedules is effective until proof of service in accordance with EDNY LBR 1009-1(b) has been filed with the Court.*

Any additions to the list of creditors which accompanied the petition will be deemed an amendment to the list; if this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007; it will be deemed to constitute a motion for a 30-day extension of the time within any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. The motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affirmation, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

Dated:  October 10, 2024        ONE15 Edge Marina Finance Company LLC

                       By: /s/ Estelle Lau_____
                         Estelle Lau, CEO

**PARTIES ADDED TO CREDITOR MATRIX**

Great American Insurance Company
301 E 4th St FL 8
Cincinnati, OH 45202

LCR Overseas Regional Center LLC
518 Riverside Avenue
Building A 2nd Floor
Westport, CT 06880

William Tudor
Attn: Brandon M. Cruz, Esq.
c/o The Bongiorno Law Firm, PLLC
1415 Kellum Place
Garden City, NY 11530