UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

One15 Edge Marina Finance et.al.

CASE NO: 24-44027

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 10/28/2024, I did cause a copy of the following documents, described below,

Notice of Presentment of Motion for Order Establishing Deadline for Filling Proof of Claim and Approving Form and Manner of Notice thereof together with Motion and related exhibits

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/28/2024

/s/ Erica R. Aisner
Erica R. Aisner
Attorney for Debtor
Kirby Aisner & Curley LLP
700 Post Road, Suite237
Scarsdale, NY  10583
914 401 9500
bleonardo@kacllp.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

One15 Edge Marina Finance et.al.

CASE NO: 24-44027

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 10/28/2024, a copy of the following documents, described below,

Notice of Presentment of Motion for Order Establishing Deadline for Filling Proof of Claim and Approving Form and Manner of Notice thereof together with Motion and related exhibits

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/28/2024

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erica R. Aisner
Kirby Aisner & Curley LLP
700 Post Road, Suite237
Scarsdale, NY  10583

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ASE HVAC, INC.
65-31 GRAND AVE
MASPETH, NY 11378

AUTOTAP CORPORATION
P.O. BOX 66
POINT LOOKOUT, NY 11569

BERNIE CHAN
C/O WILDENBERG & CHAN CPA'S PLLC
1884 WANTAGH AVENUE
WANTAGH, NY 11793

BROOKLYN BRIDGE PARK CORPORATION
334 FURMAN STREET
BROOKLYN, NY 11201

CHASE CREDIT CARD
P.O. BOX 15298
WILMINGTON, DE 19850

CHOI'S PEST MANAGEMENT SERVICE
3635 167TH STREET APT 2E
FLUSHING, NY 11358

CINTAS
P.O. BOX 631026
CINCINNATI, OH 45263

DAIRYLAND USA CORP.
240 FOOD CENTER DRIVE
BRONX, NY 10474

GOLENBOCK EISEMAN ASSOR
BELL & PESKOE
711 THIRD AVENUE
NEW YORK, NY 10017

HANOVER INSURANCE GROUP
17 STATE STREET, ST 810,
NEW YORK, NY 10004

HUB INTERNATIONAL LIMITED
100 SUNNYSIDE BLVD
WOODBURY, NY 11797

IMPERIAL DADE
P.O. BOX 27305
NEW YORK, NY 10087

MS WALKER
270 NORTH AVENUE SUITE 709
NEW ROCHELLE, NY 10801

OBBP RETAIL OWNER LLC
C/O AKERMAN LLP
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

OUT OF THE BLUE WHOLESALE LLC
1271 RYAWA AVENUE
BRONX, NY 10474

PARK STREET IMPORTS
1000 BRICKELL AVENUE
MIAMI, FL 33131

RIVERA PRODUCE
205 JACKSON STREET
ENGLEWOOD, NJ 07631

RUSSELL RAYKIN
31275 CONLEYS CHAPEL ROAD
LEWES, DE 19958

SCIENTIFIC ELECTRIC CO. INC.
1475 EAST 222ND STREET
BRONX, NY 10469

SOUND MARINE CONSTRUCTION AND SALVAGE
ONE VAN HOUTEN
STREET
NYACK, NY 10960

STEPHEN YIP
90 KANE STREET APT. 3
BROOKLYN, NY 11231

THE KAYAK FOUNDATION
349 DEGRAW STREET #3
BROOKLYN, NY 11231

THIERRY ATLAN CONFECTIONARY
146 REDNECK AVENUE
MOONACHIE, NJ 07074

TMS-WATERFRONT
1 VAN HOUTEN STREET
NYACK, NY 10960

UNITED HOOD CLEANING
33-55 55TH STREET
WOODSIDE, NY 11377

US FOODS
1051 AMBOY AVENUE
PERTH AMBOY, NJ 08861

U.S. SMALL BUSINESS ADMINISTRATION
2 NORTH STREET, SUITE 320
BIRMINGHAM, AL 35203

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

WILDENBERG & CHAN CPA'S PLLC
1884 WANTAGH AVENUE
WANTAGH, NY 11793

BP5 EB5 LLC
C/O MANAGER
159 BRIDGE PARK DRIVE
BROOKLYN, NY 11201

FIRST INSURANCE FUNDING
450 SKOKIE BLVD., STE. 1000
NORTHBROOK, IL 60062

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

NYC CORPORATION COUNSEL
ATTN: BANKRUPTCY DEPT.
100 CHURCH STREET, RM 5-240
NEW YORK, NY 10007

NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FLOOR
BROOKLYN, NY 11201

NYS DEPT. OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
PO BOX 5300
ALBANY, NEW YORK 12205-0300

OFFICE OF THE UNITED STATES TRUSTEE
ALEXANDER HAMILTON CUSTOM HOUSE
JEREMY S. SUSSMAN, ESQ.
ONE BOWLING GREEN, ROOM 510
NEW YORK, NEW YORK 10004

MARK S. LICHTENSTEIN
AKERMAN LLP
1251 AVENUE OF THE AMERICAS
37TH FLOOR
NEW YORK, NY 10020

ZACHARY B KASS
NEW YORK CITY LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007