# UNITED STATES BANKRUPTCY COURT

Eastern  DISTRICT OF  New York

Brooklyn Division

| | | |
|---|---|---|
| In Re. ONE15 Brooklyn Marina, LLC | § | Case No.  24-44028 |
| | § | |
| | § | Lead Case No.  24-44027 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report
Chapter 11

Reporting Period Ended: 09/30/2024          Petition Date: 09/26/2024

Months Pending: 0          Industry Classification: 4 8 8 3

Reporting Method:          Accrual Basis ○          Cash Basis ◉

Debtor's Full-Time Employees (current):          9

Debtor's Full-Time Employees (as of date of order for relief):          9

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Erica R. Aisner
_____
Signature of Responsible Party

11/05/2024
_____
Date

Erica R. Aisner, Esq.
_____
Printed Name of Responsible Party

Kirby Aisner & Curley LLP
700 Post Road, Suite 237, Scarsdale, NY 10583
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ONE15 Brooklyn Marina, LLC                          Case No. 24-44028

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $101,812 | |
| b. Total receipts (net of transfers between accounts) | $18,500 | $18,500 |
| c. Total disbursements (net of transfers between accounts) | $24,786 | $24,786 |
| d. Cash balance end of month (a+b+c) | $95,526 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $24,786 | $24,786 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $0 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory    (Book ○   Market ○   Other ⦿   (attach explanation)) | $0 | |
| d  Total current assets | $0 | |
| e. Total assets | $95,526 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $185 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $185 | |
| k. Prepetition secured debt | $0 | |
| l. Prepetition priority debt | $77,863 | |
| m. Prepetition unsecured debt | $932,816 | |
| n. Total liabilities (debt) (j+k+l+m) | $1,010,864 | |
| o. Ending equity/net worth (e-n) | $-915,338 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $18,500 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $18,500 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $352 | |
| f. Other expenses | $5,699 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $185 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $12,264 | $12,264 |

Debtor's Name ONE15 Brooklyn Marina, LLC                    Case No. 24-44028

## Part 5: Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
|  | *Itemized Breakdown by Firm* | | | | | |
|  | Firm Name | Role | | | | |
|  | i | Kirby Aisner & Curley LLP | Lead Counsel | $0 | $0 | $0 | $0 |
|  | ii | | | | | | |
|  | iii | | | | | | |
|  | iv | | | | | | |
|  | v | | | | | | |
|  | vi | | | | | | |
|  | vii | | | | | | |
|  | viii | | | | | | |
|  | ix | | | | | | |
|  | x | | | | | | |
|  | xi | | | | | | |
|  | xii | | | | | | |
|  | xiii | | | | | | |
|  | xiv | | | | | | |
|  | xv | | | | | | |
|  | xvi | | | | | | |
|  | xvii | | | | | | |
|  | xviii | | | | | | |
|  | xix | | | | | | |
|  | xx | | | | | | |
|  | xxi | | | | | | |
|  | xxii | | | | | | |
|  | xxiii | | | | | | |
|  | xxiv | | | | | | |
|  | xxv | | | | | | |
|  | xxvi | | | | | | |
|  | xxvii | | | | | | |
|  | xxviii | | | | | | |
|  | xxix | | | | | | |
|  | xxx | | | | | | |
|  | xxxi | | | | | | |
|  | xxxii | | | | | | |
|  | xxxiii | | | | | | |
|  | xxxiv | | | | | | |
|  | xxxv | | | | | | |
|  | xxxvi | | | | | | |

Debtor's Name  ONE15 Brooklyn Marina, LLC                                    Case No.  24-44028

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name ONE15 Brooklyn Marina, LLC          Case No. 24-44028

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name  ONE15 Brooklyn Marina, LLC                    Case No.  24-44028

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name  ONE15 Brooklyn Marina, LLC                          Case No.  24-44028

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  ONE15 Brooklyn Marina, LLC                    Case No.  24-44028

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $0 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $185 | $185 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ● No ○

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○ No ●

c.  Were any payments made to or on behalf of insiders?    Yes ○ No ●

d.  Are you current on postpetition tax return filings?    Yes ● No ○

e.  Are you current on postpetition estimated tax payments?    Yes ● No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ● No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○ No ●

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○ No ○ N/A ●

i.  Do you have:      Worker's compensation insurance?    Yes ● No ○

   If yes, are your premiums current?    Yes ● No ○ N/A ○  (if no, see Instructions)

   Casualty/property insurance?    Yes ● No ○

   If yes, are your premiums current?    Yes ● No ○ N/A ○  (if no, see Instructions)

   General liability insurance?    Yes ● No ○

   If yes, are your premiums current?    Yes ● No ○ N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○ No ●

k.  Has a disclosure statement been filed with the court?    Yes ○ No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ● No ○

Debtor's Name ONE15 Brooklyn Marina, LLC                    Case No.  24-44028

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Estelle Lau                                             Estelle Lau
_____                    _____
Signature of Responsible Party                       Printed Name of Responsible Party

CEO                                                        10/24/2024
_____                    _____
Title                                                          Date

Debtor's Name ONE15 Brooklyn Marina, LLC                    Case No. 24-44028



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  ONE15 Brooklyn Marina, LLC                    Case No.  24-44028



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name ONE15 Brooklyn Marina, LLC    Case No. 24-44028



PageThree



PageFour

ONE15 Brooklyn Marina, LLC
Balance Sheet Summary
09/30/24

For the Period Starting 09/26/24
Ending 09/30/24

| Balance Sheet | | |
|---|---|---|
| | | |
| Assets | | |
| Cash | $ | 95,526 |
| Accounts Receivable | $ | - |
| Other Assets | $ | - |
| | | |
| **Total Assets** | **$** | **95,526** |
| | | |
| | | |
| Liabilities | | |
| | | |
| Accounts Payable | $ | - |
| Tax Payable | $ | 185 |
| Prepetition secured debt | $ | - |
| Prepetition priority debt | $ | 77,863 |
| Prepetition unsecured debt | $ | 932,816 |
| | | |
| Total Liabilities | $ | 1,010,864 |
| | | |
| **Total Equity** | **$** | **(915,338)** |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.

ONE15 Brooklyn Marina, LLC
Statement of Operations Summary

For the Period Starting 09/26/24
Ending 09/30/24

| Statement of Operations | |
|---|---|
| | |
| | |
| Revenues | $ 18,500 |
| Cost of Goods Sold | $ - |
| Gross Profit | $ 18,500 |
| | |
| Payroll | $ 5,699 |
| Selling expenses | $ - |
| General and administrative expenses | $ 352 |
| Interest | $ - |
| Taxes (local, state, and federal) | $ 185 |
| Reorganization items | $ - |
| Total Expenses | $ 6,236 |
| | |
| Profit (loss) | $ 12,264 |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.

ONE15 Brooklyn Marina, LLC
Statement of Cash Receipts and Disbursements Summary

For the Period Starting 09/26/24
Ending 09/30/24

| Statement of Cash Receipts and Disbursements | | |
|---|---|---|
| | | |
| Beginning Period | $ | 101,812 |
| Cash Receipts | $ | 18,500 |
| | | |
| Dispersements | | |
| Operating Costs | $ | 4,027 |
| Payment of Unsecured Prepetition Debt | $ | 2,024 |
| Adjustment of Accounts | $ | 18,735 |
| | | |
| End of Period | $ | 95,526 |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.

ONE15 Brooklyn Marina, LLC

Reporting Period:
Beginning Date - 9/26/2024
Ending Date - 9/30/2024

Part 7: Questionnaire
Part a: Payments paid on pre-petition debt

9/26/2024        Savvy Accounting – Bookkeeper - $3,675.00

9/27/2024        Fernando Reid – Security - $1,120.00

9/27/2024        Dobbins Security LLC – Security - $904.00

9/27/2024        ADP – Payroll Processing - $265.26

09/30/2024       Internet - Verizon internet service (09/07 – 10/06) - $86.87

**TOTAL: $6,051.13**



**CHASE** ◯
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024
Account Number: ▮▮▮▮1972

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00002177 DRE 802 210 27724 NNNNNNNNNNN  1 000000000 D6 0000

ONE15 BROOKLYN MARINA, LLC
12 JORALEMON ST
BROOKLYN NY 11201-4006



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $129,468.33 |
| Deposits and Additions | 37 | 176,141.58 |
| Checks Paid | 5 | -15,461.73 |
| Electronic Withdrawals | 39 | -194,622.40 |
| Ending Balance | 81 | $95,525.78 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Orig CO Name:Molo Express        Orig ID:1800948598 Desc Date:        CO Entry Descr:Molo Expresec CCD    Trace#:091000018533711 Eed:240903  Ind ID:St-U3W3O7K8B7O5        Ind Name:One15 Brooklyn Marina Trn: 2478533711Tc | $9,148.00 |
| 09/04 | Orig CO Name:Dockwa        Orig ID:1800948598 Desc Date:        CO Entry Descr:Dockwa    Sec:CCD    Trace#:091000011476215 Eed:240904  Ind ID:St-P3N1R0H5E5O4        Ind Name:One 15 Brooklyn Marina Trn: 2471476215Tc | 3,009.09 |
| 09/04 | Orig CO Name:Molo Express        Orig ID:1800948598 Desc Date:        CO Entry Descr:Molo Expresec CCD    Trace#:091000011476213 Eed:240904  Ind ID:St-G5D5I9R1P0K1        Ind Name:One15 Brooklyn Marina Trn: 2471476213Tc | 577.50 |
| 09/05 | Chips Credit Via: Truist Bank/0160 B/O: Hyperion Marine LLC Virginia Beach, VA 234527515 Ref: Nbnf=One15 Brooklyn Marina, LLC Brooklyn NY 11201-4006 US Ac-000000007 557 Org=Hyperion Marine LLC Virgini A Beach, VA 234527515 Ogb=/14700143 64471 Virginia Beach VA 23452-7515 Obi=/Uri/Hyperion Invoice #4835411 Ssn: 00511101 Trn: 0121077249Fc | 21,070.00 |
| 09/05 | Orig CO Name:Molo Express        Orig ID:1800948598 Desc Date:        CO Entry Descr:Molo Expresec CCD    Trace#:091000013146531 Eed:240905  Ind ID:St-Z1I9X5G0B8I1        Ind Name:One15 Brooklyn Marina Trn: 2483146531Tc | 507.00 |
| 09/05 | Orig CO Name:Molo Express        Orig ID:1800948598 Desc Date:        CO Entry Descr:Molo Expresec CCD    Trace#:091000013146530 Eed:240905  Ind ID:St-H6Y3E8J5N8Z1        Ind Name:One15 Brooklyn Marina Trn: 2483146530Tc | 426.78 |



# DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/05 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000013146529 Eed:240905    Ind<br>ID:St-M9A5O7S8O1Q3          Ind Name:One15 Brooklyn Marina Trn: 2483146529Tc | 310.00 |
| 09/05 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000013146528 Eed:240905    Ind<br>ID:St-I0Y0G2U8W8I3          Ind Name:One15 Brooklyn Marina Trn: 2483146528Tc | 185.00 |
| 09/05 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000014560601 Eed:240906    Ind<br>ID:St-V1V7D8W8A7F8          Ind Name:One15 Brooklyn Marina Trn: 2494560601Tc | 2,256.78 |
| 09/09 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000018077363 Eed:240909    Ind<br>ID:St-O7Q2J8E0X4J5          Ind Name:One15 Brooklyn Marina Trn: 2538077363Tc | 10,970.31 |
| 09/10 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000014473293 Eed:240910    Ind<br>ID:St-B4B3V0J3E3W8          Ind Name:One15 Brooklyn Marina Trn: 2534473293Tc | 3,692.10 |
| 09/11 | Orig CO Name:Dockwa          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Dockwa    Sec:CCD    Trace#:091000011910838 Eed:240911    Ind<br>ID:St-K9M2G3M3N0D8          Ind Name:One 15 Brooklyn Marina Trn: 2541910838Tc | 12,676.74 |
| 09/11 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000011910842 Eed:240911    Ind<br>ID:St-H8M3L3K5C9Z0          Ind Name:One15 Brooklyn Marina Trn: 2541910842Tc | 1,491.04 |
| 09/11 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000011910841 Eed:240911    Ind<br>ID:St-O5E0U7P5A6I0          Ind Name:One15 Brooklyn Marina Trn: 2541910841Tc | 1,475.89 |
| 09/11 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000011910840 Eed:240911    Ind<br>ID:St-N2V4J1F2W7J9          Ind Name:One15 Brooklyn Marina Trn: 2541910840Tc | 1,170.00 |
| 09/12 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000016896653 Eed:240912    Ind<br>ID:St-M3L6M9J8B1H9          Ind Name:One15 Brooklyn Marina Trn: 2556896653Tc | 3,303.78 |
| 09/13 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000011208163 Eed:240913    Ind<br>ID:St-M2H4D2F4G0O3          Ind Name:One15 Brooklyn Marina Trn: 2561208163Tc | 655.85 |
| 09/16 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000018937296 Eed:240916    Ind<br>ID:St-E1T1S3D3Z6G2          Ind Name:One15 Brooklyn Marina Trn: 2608937296Tc | 3,784.69 |
| 09/17 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000019430981 Eed:240917    Ind<br>ID:St-V0T3V6M8L0Y6          Ind Name:One15 Brooklyn Marina Trn: 2609430981Tc | 4,456.70 |
| 09/18 | Orig CO Name:Dockwa          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Dockwa    Sec:CCD    Trace#:091000010382049 Eed:240918    Ind<br>ID:St-C0U1N1L9S1C1          Ind Name:One 15 Brooklyn Marina Trn: 2610382049Tc | 10,291.63 |
| 09/18 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000010382046 Eed:240918    Ind<br>ID:St-T1Z1C2O8Y0O6          Ind Name:One15 Brooklyn Marina Trn: 2610382046Tc | 1,287.00 |
| 09/18 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000010382047 Eed:240918    Ind<br>ID:St-Q9C1Y6U7Y7Q3          Ind Name:One15 Brooklyn Marina Trn: 2610382047Tc | 824.50 |
| 09/18 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000010382045 Eed:240918    Ind<br>ID:St-M5B0W3X2V5V5          Ind Name:One15 Brooklyn Marina Trn: 2610382045Tc | 367.00 |
| 09/19 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000013118461 Eed:240919    Ind<br>ID:St-K7O4L4O3N9O3          Ind Name:One15 Brooklyn Marina Trn: 2623118461Tc | 640.00 |
| 09/20 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000014495708 Eed:240920    Ind<br>ID:St-W0Y5C0X7X6D0          Ind Name:One15 Brooklyn Marina Trn: 2634495708Tc | 256.00 |
| 09/23 | Orig CO Name:Molo Express          Orig ID:1800948598 Desc Date:          CO Entry<br>Descr:Molo Expresec:CCD    Trace#:091000011265870 Eed:240923    Ind<br>ID:St-F3Z2F5A6T5D4          Ind Name:One15 Brooklyn Marina Trn: 2671265870Tc | 1,699.00 |



CHASE ◆

August 31, 2024 through September 30, 2024

Account Number: ████████ 1972



## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/24 | Orig CO Name:Molo Express      Orig ID:1800948598 Desc Date:     CO Entry Descr Molo Expresec:CCD   Trace#:091000017130236 Eed:240924   Ind ID:St-U3I0D4V8W8Z0      Ind Name:One15 Brooklyn Marina Tm: 2677130236Tc | 5,276.00 |
| 09/25 | Online Transfer From Chk ...9735 Transaction#: 22167362623 | 23,385.72 |
| 09/25 | Orig CO Name:Dockwa      Orig ID:1800948598 Desc Date:     CO Entry Descr:Dockwa   Sec:CCD   Trace#:091000011126638 Eed:240925   Ind ID:St-C4X4T3Z8I3W3      Ind Name:One 15 Brooklyn Marina Tm: 2681126638Tc | 22,195.31 |
| 09/25 | Orig CO Name:Molo Express      Orig ID:1800948598 Desc Date:     CO Entry Descr Molo Expresec:CCD   Trace#:091000011126640 Eed:240925   Ind ID:St-D8O8N3R9K9I9      Ind Name:One15 Brooklyn Marina Tm: 2681126640Tc | 4,835.14 |
| 09/25 | Orig CO Name:Molo Express      Orig ID:1800948598 Desc Date:     CO Entry Descr Molo Expresec:CCD   Trace#:091000011126641 Eed:240925   Ind ID:St-D3J7D7D7U7Z9      Ind Name:One15 Brooklyn Marina Tm: 2681126641Tc | 3,402.10 |
| 09/25 | Orig CO Name:Molo Express      Orig ID:1800948598 Desc Date:     CO Entry Descr Molo Expresec:CCD   Trace#:091000011126642 Eed:240925   Ind ID:St-R4Q9T4X9Z0U3      Ind Name:One15 Brooklyn Marina Tm: 2681126642Tc | 1,015.00 |
| 09/25 | Online Transfer From Chk ...9009 Transaction#: 22167388568 | 1,000.00 |
| 09/26 | Orig CO Name:Molo Express      Orig ID:1800948598 Desc Date:     CO Entry Descr Molo Expresec:CCD   Trace#:091000011867146 Eed:240926   Ind ID:St-H0L8O7F6I2B8      Ind Name:One15 Brooklyn Marina Tm: 2691867146Tc | 5,455.00 |
| 09/27 | Chips Credit Via: Truist Bank/0160 B/O: Waterlemon LLC Charleston, SC 294070000 Ref: Nbnf=One15 Brooklyn Marina, LLC Brooklyn NY 11201-4006 US/Ac-00000007 557 Org=Waterlemon LLC Charleston, SC 294070000 Ogb=/1110018673057 Cha Rleston SC 29407-6985 Obi=/Uri/Sy A Bide Marina Reservation Ssn: 00508839 Tm: 0123671271Fc | 5,942.93 |
| 09/27 | Orig CO Name:Molo Express      Orig ID:1800948598 Desc Date:     CO Entry Descr Molo Expresec:CCD   Trace#:091000019045637 Eed:240927   Ind ID:St-Q4H1K9E0W1N5      Ind Name:One15 Brooklyn Marina Tm: 2709045637Tc | 286.00 |
| 09/30 | Orig CO Name:Molo Express      Orig ID:1800948598 Desc Date:     CO Entry Descr Molo Expresec:CCD   Trace#:091000016638167 Eed:240930   Ind ID:St-M1V1H2E5Q4U0      Ind Name:One15 Brooklyn Marina Tm: 2746638167Tc | 6,816.00 |

**Total Deposits and Additions** $176,141.58

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 110  ^ | | 09/18 | $1,683.78 |
| 111  ^ | | 09/18 | 223.63 |
| 112  ^ | | 09/18 | 1,554.32 |
| 5248  * ^ | | 09/25 | 2,000.00 |
| 5266  * ^ | | 09/11 | 10,000.00 |

**Total Checks Paid** $15,461.73

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.


**CHASE** ⬡

August 31, 2024 through September 30, 2024

Account Number: ▮▮▮▮▮▮▮972

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/03 | Orig CO Name:Molom        Orig ID:1800948598 Desc Date:    CO Entry Descr:Molo 49246Sec:CCD   Trace#:091000011081244 Eed:240903  Ind ID:St-D1R5A2T0E0L6  Ind Name:One15 Brooklyn Marina Trn: 2471081244Tc | $307.50 |
| 09/03 | Orig CO Name:United Healthcar      Orig ID:1411289245 Desc Date:    CO Entry Descr:EDI Paymtssec:CTX   Trace#:043000262177232 Eed:240903  Ind ID:125476636202  Ind Name:0007One15 Brooklyn M Trn: 24/2177232Tc | 5,046.78 |
| 09/05 | Orig CO Name:ADP Wage Pay       Orig ID:9333006057 Desc Date:240905 CO Entry Descr:Wage Pay  Sec:CCD   Trace#:021000028055299 Eed:240905  Ind ID:9296351302805CT      Ind Name:One15 Brooklyn Marina 323298036 Trn: 2498055299Tc | 14,573.73 |
| 09/05 | Orig CO Name:ADP Tax        Orig ID:1223006057 Desc Date:240905 CO Entry Descr:ADP Tax  Sec:CCD   Trace#:021000023105699 Eed:240905  Ind ID:Rx5CT 090618A01      Ind Name:One15 Brooklyn Marina Aa Trn: 2493105699Tc | 7,180.60 |
| 09/06 | Zelle Payment To Milo Consulting Corp. Jpm99An7Lygf | 2,032.00 |
| 09/06 | Zelle Payment To Fernando Reid Jpm99An7N3T1 | 1,120.00 |
| 09/06 | Zelle Payment To Tayiemah Williams-Reid Jpm99An7S86l | 840.00 |
| 09/06 | Orig CO Name:ADP Payroll Fees      Orig ID:9659605001 Desc Date:240906 CO Entry Descr:ADP Fees  Sec:CCD   Trace#:021000028043154 Eed:240906  Ind ID:930634831837 Ind Name:669381840One15 Brookly 550374703 Trn: 2508043154Tc | 342.83 |
| 09/09 | Orig CO Name:Chase Credit Crd      Orig ID:4760039224 Desc Date:240908 CO Entry Descr:Autopaybussec:PPD   Trace#:021000029686608 Eed:240909  Ind ID:000000000284212      Ind Name:Lau Estelle T Trn: 2539686608Tc | 1,106.00 |
| 09/09 | Orig CO Name:ADP 401K       Orig ID:1223006057 Desc Date:240909 CO Entry Descr:ADP 401K  Sec:CCD   Trace#:021000026218759 Eed:240909  Ind ID:Rx5CT 09061SV02      Ind Name:One15 Brooklyn Marina Aa Trn: 2536218759Tc | 2,075.63 |
| 09/10 | Zelle Payment To Ruslan Raykin 22015115367 | 3,500.00 |
| 09/12 | Zelle Payment To Ruslan Raykin 22029830091 | 1,878.84 |
| 09/12 | 09/12 Online Transfer To Chk ...1662 Transaction#: 22030180582 | 20,000.00 |
| 09/13 | Zelle Payment To Bruce Chan Cpa Jpm99Anl8Kz9 | 5,250.00 |
| 09/13 | Zelle Payment To Tayiemah Williams-Reid Jpm99Anlavz4 | 840.00 |
| 09/13 | Zelle Payment To Fernando Reid Jpm99Anlaxca | 1,120.00 |
| 09/13 | Orig CO Name:Marine Diving Se      Orig ID:9215986202 Desc Date:240913 CO Entry Descr:Sale    Sec:CCD   Trace#:021000022322155 Eed:240913  Ind ID: Ind Name:One15 Brooklyn Marina Trn: 2562322155Tc | 1,600.00 |
| 09/13 | 09/13 Payment To Chase Card Ending IN 8947 | 10,000.00 |
| 09/13 | 09/13 Online Payment 22029816645 To Cisco Systems Capital | 60.26 |
| 09/13 | Orig CO Name:ADP Payroll Fees      Orig ID:9659605001 Desc Date:240913 CO Entry Descr:ADP Fees  Sec:CCD   Trace#:021000024268062 Eed:240913  Ind ID:928733994778 Ind Name:6700672720ne15 Brookly 550374703 Trn: 2574268062Tc | 256.21 |
| 09/17 | Orig CO Name:Molom        Orig ID:4270465600 Desc Date:    CO Entry Descr:Molo 50282Sec:CCD   Trace#:111000020432988 Eed:240917  Ind ID:St-Z2Q3T3E2G9L4  Ind Name:One15 Brooklyn Marina Trn: 2600432988Tc | 179.84 |
| 09/17 | Orig CO Name:Molom        Orig ID:1800948598 Desc Date:    CO Entry Descr:Inv-21808 Sec:CCD   Trace#:091000018915510 Eed:240917  Ind ID:St-S8F1O7C4M5S9      Ind Name:One15 Brooklyn Marina Trn: 2618915510Tc | 3,765.97 |
| 09/19 | Zelle Payment To Milo Consulting Corp. Jpm99Anxpcrw | 2,172.96 |
| 09/19 | Orig CO Name:ADP Wage Pay       Orig ID:9333006057 Desc Date:240919 CO Entry Descr:Wage Pay  Sec:CCD   Trace#:021000023195200 Eed:240919  Ind ID:3600921077435CT      Ind Name:One15 Brooklyn Marina 323298036 Trn: 2633195200Tc | 14,747.34 |
| 09/19 | Orig CO Name:ADP Tax        Orig ID:1223006057 Desc Date:240919 CO Entry Descr:ADP Tax  Sec:CCD   Trace#:021000026562686 Eed:240919  Ind ID:Rx5CT 092019A01      Ind Name:One15 Brooklyn Marina Aa Trn: 2636562686Tc | 7,382.72 |



August 31, 2024 through September 30, 2024

Account Number: ███████972



## ELECTRONIC WITHDRAWALS  (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/20 | Zelle Payment To Tayiemah Williams-Reid Jpm99Anz5Ibf | 840.00 |
| 09/20 | Zelle Payment To Fernando Reid Jpm99Anz6ME5 | 1,120.00 |
| 09/20 | Orig CO Name:E-Zpass Rebill      Orig ID:0000284343 Desc Date:240920 CO Entry Descr:Ezp Rebillsec:Web   Trace#:021000026322410 Eed:240920   Ind ID:9441990 Ind Name:John *Winson 800-333-8655 Trn: 2646322410Tc | 50.00 |
| 09/23 | Orig CO Name:Nys Dtf Sales      Orig ID:O146013200 Desc Date:     CO Entry Descr:Tax Paymntsec:CCD   Trace#:091000015295417 Eed:240923   Ind ID:000000118513566 Ind Name:Sw2405921534 Trn: 2645295417Tc | 1,088.14 |
| 09/23 | Orig CO Name:ADP 401K      Orig ID:1223006057 Desc Date:240923 CO Entry Descr:ADP 401K  Sec:CCD   Trace#:021000028201055 Eed:240923   Ind ID:Rx5CT 092019V02      Ind Name:One15 Brooklyn Marina Aa Trn: 2678201055Tc | 2,105.92 |
| 09/23 | 09/23 Online Domestic Wire Transfer Via: Orange Middletown/021902475 A/C: Kirby Aisner And Curley Llp Scarsdale NY 10583 US Ref: One15 Entities Legal Fees Imad: 0923Mmqfmp2M028837 Trn: 3623614267Es | 56,952.00 |
| 09/25 | Zelle Payment To Dobbins Security LLC 22165621485 | 301.00 |
| 09/26 | Zelle Payment To Savvy Accounting Corp. 22180148130 | 3,675.00 |
| 09/27 | Zelle Payment To Fernando Reid Jpm99Aocvq0N | 1,120.00 |
| 09/27 | Zelle Payment To Dobbins Security LLC 22165597435 | 904.00 |
| 09/27 | Orig CO Name:ADP Payroll Fees     Orig ID:9659605001 Desc Date:240927 CO Entry Descr:ADP Fees  Sec:CCD   Trace#:021000024786080 Eed:240927   Ind ID:926835205078 Ind Name:671244535One15 Brookly 550374703 Trn: 2714786080Tc | 265.26 |
| 09/27 | 09/27 Online Transfer To Chk ...9735 Transaction#: 22190569929 | 10,127.00 |
| 09/27 | 09/27 Online Transfer To Chk ...1662 Transaction#: 22190575746 | 8,608.00 |
| 09/30 | Orig CO Name:Verizon      Orig ID:9783397101 Desc Date:Urring CO Entry Descr:Paymentrecsec:Web   Trace#:031000037490460 Eed:240930   Ind ID:5562601270001 Ind Name:Russel Raykin Trn: 2717490460Tc | 86.87 |

**Total Electronic Withdrawals**                                                                    **$194,622.40**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 09/03 | $133,262.05 | 09/12 | 131,734.43 | 09/23 | 43,003.71 |
| 09/04 | 136,848.64 | 09/13 | 113,263.81 | 09/24 | 48,279.71 |
| 09/05 | 137,593.09 | 09/16 | 117,048.50 | 09/25 | 101,811.98 |
| 09/06 | 135,515.04 | 09/17 | 117,559.39 | 09/26 | 103,591.98 |
| 09/09 | 143,303.72 | 09/18 | 126,867.79 | 09/27 | 88,796.65 |
| 09/10 | 143,495.82 | 09/19 | 103,204.77 | 09/30 | 95,525.78 |
| 09/11 | 150,309.49 | 09/20 | 101,450.77 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**