# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF New York

Brooklyn Division

| | | |
|---|---|---|
| In Re. ONE15 Restaurant, LLC | § | Case No. 24-44030 |
| | § | |
| | § | Lead Case No. 24-44027 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2024                    Petition Date: 09/26/2024

Months Pending: 0                    Industry Classification: 7 2 2 5

Reporting Method:            Accrual Basis ○            Cash Basis ⦿

Debtor's Full-Time Employees (current):                    8

Debtor's Full-Time Employees (as of date of order for relief):                    8

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Erica R. Aisner                                        Erica R. Aisner, Esq.
Signature of Responsible Party                            Printed Name of Responsible Party

11/05/2024                                               Kirby Aisner & Curley LLP
Date                                                     700 Post Road, Suite 237, Scarsdale, NY 10583
                                                        Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  ONE15 Restaurant, LLC                                         Case No.  24-44030

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.   Cash balance beginning of month | $37,982 | |
| b.   Total receipts (net of transfers between accounts) | $13,549 | $13,549 |
| c.   Total disbursements (net of transfers between accounts) | $11,491 | $11,491 |
| d.   Cash balance end of month (a+b+c) | $40,040 | |
| e.   Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.   Total disbursements for quarterly fee calculation (c+e) | $11,491 | $11,491 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.   Accounts receivable (total net of allowance) | $0 | |
| b.   Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.   Inventory    (Book ◯  Market ◯  Other ◉   (attach explanation)) | $0 | |
| d    Total current assets | $0 | |
| e.   Total assets | $46,110 | |
| f.   Postpetition payables (excluding taxes) | $0 | |
| g.   Postpetition payables past due (excluding taxes) | $0 | |
| h.   Postpetition taxes payable | $168 | |
| i.   Postpetition taxes past due | $0 | |
| j.   Total postpetition debt (f+h) | $168 | |
| k.   Prepetition secured debt | $161,137 | |
| l.   Prepetition priority debt | $0 | |
| m.   Prepetition unsecured debt | $352,286 | |
| n.   Total liabilities (debt) (j+k+l+m) | $513,591 | |
| o.   Ending equity/net worth (e-n) | $-467,481 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.   Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.   Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.   Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.   Gross income/sales (net of returns and allowances) | $4,941 | |
| b.   Cost of goods sold (inclusive of depreciation, if applicable) | $2,013 | |
| c.   Gross profit (a-b) | $2,928 | |
| d.   Selling expenses | $0 | |
| e.   General and administrative expenses | $182 | |
| f.   Other expenses | $9,296 | |
| g.   Depreciation and/or amortization (not included in 4b) | $0 | |
| h.   Interest | $0 | |
| i.   Taxes (local, state, and federal) | $168 | |
| j.   Reorganization items | $0 | |
| k.   Profit (loss) | $-6,718 | $-6,718 |

UST Form 11-MOR (12/01/2021)                        2

Debtor's Name  ONE15 Restaurant, LLC                              Case No.  24-44030

## Part 5:  Professional Fees and Expenses

|  |  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* |  | $0 | $0 | $0 | $0 |
|  | *Itemized Breakdown by Firm* |  |  |  |  |  |
|  | Firm Name | Role |  |  |  |  |
|  | i | Kirby Aisner & Curley LLP | Lead Counsel | $0 | $0 | $0 | $0 |
|  | ii |  |  |  |  |  |  |
|  | iii |  |  |  |  |  |  |
|  | iv |  |  |  |  |  |  |
|  | v |  |  |  |  |  |  |
|  | vi |  |  |  |  |  |  |
|  | vii |  |  |  |  |  |  |
|  | viii |  |  |  |  |  |  |
|  | ix |  |  |  |  |  |  |
|  | x |  |  |  |  |  |  |
|  | xi |  |  |  |  |  |  |
|  | xii |  |  |  |  |  |  |
|  | xiii |  |  |  |  |  |  |
|  | xiv |  |  |  |  |  |  |
|  | xv |  |  |  |  |  |  |
|  | xvi |  |  |  |  |  |  |
|  | xvii |  |  |  |  |  |  |
|  | xviii |  |  |  |  |  |  |
|  | xix |  |  |  |  |  |  |
|  | xx |  |  |  |  |  |  |
|  | xxi |  |  |  |  |  |  |
|  | xxii |  |  |  |  |  |  |
|  | xxiii |  |  |  |  |  |  |
|  | xxiv |  |  |  |  |  |  |
|  | xxv |  |  |  |  |  |  |
|  | xxvi |  |  |  |  |  |  |
|  | xxvii |  |  |  |  |  |  |
|  | xxviii |  |  |  |  |  |  |
|  | xxix |  |  |  |  |  |  |
|  | xxx |  |  |  |  |  |  |
|  | xxxi |  |  |  |  |  |  |
|  | xxxii |  |  |  |  |  |  |
|  | xxxiii |  |  |  |  |  |  |
|  | xxxiv |  |  |  |  |  |  |
|  | xxxv |  |  |  |  |  |  |
|  | xxxvi |  |  |  |  |  |  |

Debtor's Name ONE15 Restaurant, LLC                    Case No. 24-44030

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  ONE15 Restaurant, LLC                                    Case No.  24-44030

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name ONE15 Restaurant, LLC                           Case No.  24-44030

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  ONE15 Restaurant, LLC                          Case No.  24-44030

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  ONE15 Restaurant, LLC                    Case No.  24-44030

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $168 | $168 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ◉   No ◯

b.   Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ◯   No ◉

c.   Were any payments made to or on behalf of insiders?    Yes ◯   No ◉

d.   Are you current on postpetition tax return filings?    Yes ◉   No ◯

e.   Are you current on postpetition estimated tax payments?    Yes ◉   No ◯

f.   Were all trust fund taxes remitted on a current basis?    Yes ◉   No ◯

g.   Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ◯   No ◉

h.   Were all payments made to or on behalf of professionals approved by the court?    Yes ◯   No ◯   N/A ◉

i.   Do you have:        Worker's compensation insurance?    Yes ◉   No ◯

                  If yes, are your premiums current?    Yes ◉   No ◯   N/A ◯   (if no, see Instructions)

          Casualty/property insurance?    Yes ◉   No ◯

                  If yes, are your premiums current?    Yes ◉   No ◯   N/A ◯   (if no, see Instructions)

          General liability insurance?    Yes ◉   No ◯

                  If yes, are your premiums current?    Yes ◉   No ◯   N/A ◯   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?    Yes ◯   No ◉

k.   Has a disclosure statement been filed with the court?    Yes ◯   No ◉

l.   Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ◉   No ◯

Debtor's Name  ONE15 Restaurant, LLC                                        Case No.  24-44030

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**


/s/ Estelle Lau                                              Estelle Lau
_____             _____
Signature of Responsible Party                              Printed Name of Responsible Party

CEO                                                          10/24/2024
_____             _____
Title                                                        Date

Debtor's Name ONE15 Restaurant, LLC

Case No. 24-44030



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  ONE15 Restaurant, LLC                    Case No.  24-44030



Bankruptcy1to50

Bankruptcy51to100



NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name ONE15 Restaurant, LLC                                    Case No.  24-44030



PageThree



PageFour

ONE 15 Restaurant, LLC
Balance Sheet Summary
09/30/24

For the Period Starting 09/26/24
Ending 09/30/24

| Balance Sheet | |
| --- | --- |
| | |
| Assets | |
| Cash | $    40,040 |
| Accounts Receivable | $ |
| Other Assets | $     6,070 |
| | |
| **Total Assets** | **$    46,110** |
| | |
| | |
| Liabilities | |
| Accounts Payable | $              - |
| Tax Payable | $         168 |
| Prepetition secured debt | $  161,137 |
| Prepetition priority debt | $              - |
| Prepetition unsecured debt | $  352,286 |
| | |
| **Total Liabilities** | **$  513,591** |
| | |
| **Total Equity** | **$ (467,481)** |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.

ONE 15 Restaurant, LLC
Statement of Operations Summary

For the Period Starting 09/26/24
Ending 09/30/24

| Statement of Operations | | |
|---|---|---|
| | | |
| | | |
| Revenues | $ | 4,941 |
| Cost of Goods Sold | $ | 2,013 |
| Gross Profit | $ | 2,928 |
| | | |
| Payroll | $ | 9,296 |
| Selling expenses | $ | - |
| General and administrative expenses | $ | 182 |
| Interest | $ | - |
| Taxes (local, state, and federal) | $ | 168 |
| Reorganization items | $ | - |
| Total Expenses | $ | 9,646 |
| | | |
| Profit (loss) | $ | (6,718) |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.

ONE 15 Restaurant, LLC
Statement of Cash Receipts and Disbursements Summary

For the Period Starting 09/26/24
Ending 09/30/24

| Statement of Cash Receipts and Disbursements | | |
|---|---|---|
| | | |
| Beginning Period | $ | 37,982 |
| Cash Receipts | $ | 13,549 |
| | | |
| | | |
| Disbursements | | |
| Operating Costs | $ | 9,478 |
| Payment of Unsecured Prepetition Debt | $ | 2,013 |
| Adjustment of Accounts | $ | - |
| | | |
| End of Period | $ | 40,040 |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.

ONE15 Restaurant, LLC

Reporting Period
Beginning Date - 9/26/2024
Ending Date - 9/30/2024

Part 7: Questionnaire
Part a: Payments paid on pre-petition debt


09/26/2024      Payroll – for previous period  $2,431.79

09/26/2024      Payroll – for previous period  $6,863.59

09/27/2024      Union Beer Distributors – $1,049.30 (549.96+74.8+424.96)
                                                Payment made inadvertently

09/30/2024      Chef's Warehouse $963.68 – Auto debit unable to stop

                        **TOTAL: $11,308.36**



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024
Primary Account: ▮▮▮▮1662



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | www.Chase.com |
| Service Center | **1-877-425-8100** |
| Para Espanol | 1-888-622-4273 |
| International Calls | 1-713-262-1679 |
| We accept operator relay calls | |

00008325 DRE 802 210 27724 NNNNNNNNNN 1 000000000 D9 0000
ONE15 RESTAURANT LLC
12 JORALEMON ST
BROOKLYN NY 11201-4006

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | ▮▮1662 | $11,998.12 | $40,577.59 |
| Chase Platinum Business Checking | ▮580 | 530.41 | -537.51 |
| **Total** | | **$12,528.53** | **$40,040.08** |

| | | | |
|---|---|---|---|
| **TOTAL ASSETS** | | **$12,528.53** | **$40,040.08** |

## CHASE PLATINUM BUSINESS CHECKING

ONE15 RESTAURANT LLC                        Account Number ▮▮▮▮1662

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $11,998.12 |
| Deposits and Additions | 70 | 119,933.77 |
| Checks Paid | 1 | -375.00 |
| Electronic Withdrawals | 46 | -90,979.30 |
| **Ending Balance** | **117** | **$40,577.59** |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.



August 31, 2024 through September 30, 2024

Primary Account: ███████ 1662

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090324 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500129331626 Eed:240903  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary        Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary       BC   Tst* Estuary Trn: 2479331626Tc | $3,212.38 |
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090224 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500129331644 Eed:240903  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary        Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary       BC   Tst* Estuary Trn: 2479331644Tc | 3,022.24 |
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090124 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500129331638 Eed:240903  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary        Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary       BC   Tst* Estuary Trn: 2479331638Tc | 1,769.59 |
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:083024 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500120915102 Eed:240903  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary        Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary       BC   Tst* Estuary Trn: 2430915102Tc | 1,613.79 |
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:083124 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500129331632 Eed:240903  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary        Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary       BC   Tst* Estuary Trn: 2479331632Tc | 1,147.12 |
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:083124 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500129331635 Eed:240903  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow        Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow       BC   Tst* Ebb & Flow Trn: 2479331635Tc | 624.13 |
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090224 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500129331629 Eed:240903  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow        Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow       BC   Tst* Ebb & Flow Trn: 2479331629Tc | 585.05 |
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090124 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500129331641 Eed:240903  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow        Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow       BC   Tst* Ebb & Flow Trn: 2479331641Tc | 478.61 |
| 09/03 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:083024 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500120915105 Eed:240903  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow        Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow       BC   Tst* Ebb & Flow Trn: 2430915105Tc | 359.07 |
| 09/04 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090424 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500120156587 Eed:240904  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary        Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary       BC   Tst* Estuary Trn: 2480156587Tc | 585.17 |
| 09/04 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090324 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500122126908 Eed:240904  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow        Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow       BC   Tst* Ebb & Flow Trn: 2472126908Tc | 460.43 |
| 09/05 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090524 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500126052905 Eed:240905  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary        Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary       BC   Tst* Estuary Trn: 2496052905Tc | 1,434.90 |
| 09/05 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090424 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500126052908 Eed:240905  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow        Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow       BC   Tst* Ebb & Flow Trn: 2496052908Tc | 317.29 |
| 09/05 | Deposit    2122124006 | 904.00 |
| 09/05 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:090624 CO Entry<br>Descr:Net Setlmtsec:PPD   Trace#:011500120186403 Eed:240906  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary        Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary       BC   Tst* Estuary Trn: 2500186403Tc | 1,112.29 |



CHASE ◖

August 31, 2024 through September 30, 2024
Primary Account: ▇▇▇▇▇▇ 662

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/09 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:090924 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500128628445 Eed:240909  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary          Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary      BC   Tst* Estuary Trn: 2538628445Tc | 2,495.72 |
| 09/09 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:090824 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500128628454 Eed:240909  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary          Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary      BC   Tst* Estuary Trn: 2538628454Tc | 2,222.31 |
| 09/09 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:090724 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500128628451 Eed:240909  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow      Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2538628451Tc | 1,009.84 |
| 09/09 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:090724 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500128628448 Eed:240909  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary          Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary      BC   Tst* Estuary Trn: 2538628448Tc | 998.08 |
| 09/09 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:090624 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500128998325 Eed:240909  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow      Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2508998325Tc | 529.96 |
| 09/10 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091024 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500128584903 Eed:240910  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary          Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary      BC   Tst* Estuary Trn: 2548584903Tc | 993.69 |
| 09/10 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:090924 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500124924648 Eed:240910  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow      Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2534924648Tc | 828.71 |
| 09/11 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091124 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500122731553 Eed:240911  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary          Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary      BC   Tst* Estuary Trn: 2552731553Tc | 368.77 |
| 09/11 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091024 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500122366596 Eed:240911  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow      Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2542366596Tc | 203.06 |
| 09/12 | Online Transfer From Chk ...1972 Transaction#: 22030180582 | 20,000.00 |
| 09/12 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091224 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500127252268 Eed:240912  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary          Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary      BC   Tst* Estuary Trn: 2567252268Tc | 2,086.73 |
| 09/12 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091124 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500121757248712 Eed:240912  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow      Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2557248712Tc | 252.11 |
| 09/13 | Deposit    2122374064 | 1,362.00 |
| 09/13 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091324 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500126129838 Eed:240913  Ind<br>ID:4445032635557      Ind Name:Tst* Estuary          Citizens      Net Setlmt<br>444 5032635557   Tst* Estuary      BC   Tst* Estuary Trn: 2576129838Tc | 1,767.80 |
| 09/13 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091224 CO Entry<br>Descr:Net Setlmtsec:PPD  Trace#:011500121757663 Eed:240913  Ind<br>ID:4445033705137      Ind Name:Tst* Ebb & Flow      Citizens      Net Setlmt<br>444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2561757663Tc | 772.27 |
| 09/13 | Orig CO Name:Grubhub Inc          Orig ID:1261328194 Desc Date:    CO Entry<br>Descr:SEP Actvtysec:CCD  Trace#:071000281757661 Eed:240913  Ind<br>ID:24091311Pagx2Xo          Ind Name:One15 Restaurant LLC Trn: 2561757661Tc | 6.23 |




## CHASE ⬡

August 31, 2024 through September 30, 2024
Primary Account: ████████ 4662

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/16 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091624 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500129511234 Eed:240916  Ind ID:4445032635557          Ind Name:Tst* Estuary          Citizens     Net Setlmt 444 5032635557    Tst* Estuary      BC    Tst* Estuary Trn: 2609511234Tc | 3,539.06 |
| 09/16 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091524 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500129511240 Eed:240916  Ind ID:4445032635557          Ind Name:Tst* Estuary          Citizens     Net Setlmt 444 5032635557    Tst* Estuary      BC    Tst* Estuary Trn: 2609511240Tc | 2,923.59 |
| 09/16 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091424 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500129511231 Eed:240916  Ind ID:4445032635557          Ind Name:Tst* Estuary          Citizens     Net Setlmt 444 5032635557    Tst* Estuary      BC    Tst* Estuary Trn: 2609511231Tc | 1,137.42 |
| 09/16 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091424 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500129511237 Eed:240916  Ind ID:4445033705137          Ind Name:Tst* Ebb & Flow          Citizens     Net Setlmt 444 5033705137    Tst* Ebb & Flow      BC    Tst* Ebb & Flow Trn: 2609511237Tc | 1,031.62 |
| 09/16 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091524 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500129511243 Eed:240916  Ind ID:4445033705137          Ind Name:Tst* Ebb & Flow          Citizens     Net Setlmt 444 5033705137    Tst* Ebb & Flow      BC    Tst* Ebb & Flow Trn: 2609511243Tc | 586.79 |
| 09/16 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091324 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500126232460 Eed:240916  Ind ID:4445033705137          Ind Name:Tst* Ebb & Flow          Citizens     Net Setlmt 444 5033705137    Tst* Ebb & Flow      BC    Tst* Ebb & Flow Trn: 2576232460Tc | 470.00 |
| 09/17 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091624 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500129911541 Eed:240917  Ind ID:4445033705137          Ind Name:Tst* Ebb & Flow          Citizens     Net Setlmt 444 5033705137    Tst* Ebb & Flow      BC    Tst* Ebb & Flow Trn: 2609911541Tc | 281.51 |
| 09/18 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091724 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500120715371 Eed:240918  Ind ID:4445033705137          Ind Name:Tst* Ebb & Flow          Citizens     Net Setlmt 444 5033705137    Tst* Ebb & Flow      BC    Tst* Ebb & Flow Trn: 2610715371Tc | 276.65 |
| 09/19 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091924 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500123557825 Eed:240919  Ind ID:4445032635557          Ind Name:Tst* Estuary          Citizens     Net Setlmt 444 5032635557    Tst* Estuary      BC    Tst* Estuary Trn: 2633557825Tc | 2,543.17 |
| 09/19 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091824 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500123416455 Eed:240919  Ind ID:4445033705137          Ind Name:Tst* Ebb & Flow          Citizens     Net Setlmt 444 5033705137    Tst* Ebb & Flow      BC    Tst* Ebb & Flow Trn: 2623416455Tc | 200.69 |
| 09/20 | Deposit    2122374066 | 2,723.00 |
| 09/20 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:092024 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500128967798 Eed:240920  Ind ID:4445032635557          Ind Name:Tst* Estuary          Citizens     Net Setlmt 444 5032635557    Tst* Estuary      BC    Tst* Estuary Trn: 2648967798Tc | 1,464.44 |
| 09/20 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:091924 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500124886115 Eed:240920  Ind ID:4445033705137          Ind Name:Tst* Ebb & Flow          Citizens     Net Setlmt 444 5033705137    Tst* Ebb & Flow      BC    Tst* Ebb & Flow Trn: 2634886115Tc | 170.70 |
| 09/23 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:092224 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500121764222 Eed:240923  Ind ID:4445032635557          Ind Name:Tst* Estuary          Citizens     Net Setlmt 444 5032635557    Tst* Estuary      BC    Tst* Estuary Trn: 2671764222Tc | 2,960.07 |
| 09/23 | Orig CO Name:Citizens          Orig ID:1264535957 Desc Date:092324 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500123069877 Eed:240923  Ind ID:4445032635557          Ind Name:Tst* Estuary          Citizens     Net Setlmt 444 5032635557    Tst* Estuary      BC    Tst* Estuary Trn: 2673069877Tc | 2,611.43 |



August 31, 2024 through September 30, 2024
Primary Account: ██████ 1662

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/23 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092124 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500121764216 Eed:240923  Ind ID:4445032635557       Ind Name:Tst* Estuary       Citizens     Net Setlmt 444 5032635557   Tst* Estuary   Tst* Estuary Trn: 2671764216Tc | 1,335.55 |
| 09/23 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092224 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500123069874 Eed:240923  Ind ID:4445033705137       Ind Name:Tst* Ebb & Flow      Citizens     Net Setlmt 444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2673069874Tc | 1,005.37 |
| 09/23 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092124 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500121764219 Eed:240923  Ind ID:4445033705137       Ind Name:Tst* Ebb & Flow      Citizens     Net Setlmt 444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2671764219Tc | 926.64 |
| 09/23 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092024 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500124900820 Eed:240923  Ind ID:4445033705137       Ind Name:Tst* Ebb & Flow      Citizens     Net Setlmt 444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2644900820Tc | 302.74 |
| 09/24 | Credit Return On ine Payment 21148719271 To Out of The Blue | 425.20 |
| 09/24 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092324 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500127586328 Eed:240924  Ind ID:4445033705137       Ind Name:Tst* Ebb & Flow      Citizens     Net Setlmt 444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2677586328Tc | 110.07 |
| 09/25 | Online Transfer From Chk ...8112 Transaction# 22167393182 | 9,512.69 |
| 09/25 | Online Transfer From Chk ...7705 Transaction# 22167413438 | 7,092.58 |
| 09/25 | Online Transfer From Chk ...8186 Transaction# 22167442130 | 3,933.43 |
| 09/25 | Online Transfer From Chk ...0856 Transaction# 22167390571 | 3,025.79 |
| 09/25 | Online Transfer From Chk ...8023 Transaction# 22167394402 | 1,000.87 |
| 09/25 | Online Transfer From Chk ...1880 Transaction# 2216/422085 | 637.53 |
| 09/25 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092424 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500121455833 Eed:240925  Ind ID:4445033705137       Ind Name:Tst* Ebb & Flow      Citizens     Net Setlmt 444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2681455833Tc | 133.27 |
| 09/25 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092624 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500122103704 Eed:240926  Ind ID:4445032635557       Ind Name:Tst* Estuary       Citizens     Net Setlmt 444 5032635557   Tst* Estuary   Tst* Estuary Trn: 2702103704Tc | 539.76 |
| 09/25 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092524 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500122183868 Eed:240926  Ind ID:4445033705137       Ind Name:Tst* Ebb & Flow      Citizens     Net Setlmt 444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2692183868Tc | 13.11 |
| 09/27 | Deposit   2122374067 | 1,248.00 |
| 09/27 | Online Transfer From Chk ...1972 Transaction# 22190575746 | 8,608.00 |
| 09/27 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092624 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500129497833 Eed:240927  Ind ID:4445032635557       Ind Name:Tst* Estuary       Citizens     Net Setlmt 444 5032635557   Tst* Estuary   Tst* Estuary Trn: 2709497833Tc | 521.63 |
| 09/27 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092724 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500123113184 Eed:240927  Ind ID:4445032635557       Ind Name:Tst* Estuary       Citizens     Net Setlmt 444 5032635557   Tst* Estuary   Tst* Estuary Trn: 2713113184Tc | 519.50 |
| 09/27 | Orig CO Name:Citizens       Orig ID:1264535957 Desc Date:092624 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500129497836 Eed:240927  Ind ID:4445033705137       Ind Name:Tst* Ebb & Flow      Citizens     Net Setlmt 444 5033705137   Tst* Ebb & Flow      BC   Tst* Ebb & Flow Trn: 2709497836Tc | 269.25 |





## DEPOSITS AND ADDITIONS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/30 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:092924 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500127192433 Eed:240930  Ind ID:4445032635557        Ind Name:Tst* Estuary        Citizens        Net Setlmt 444 5032635557   Tst* Estuary        BC  Tst* Estuary Trn: 2747192433Tc | 1,285.41 |
| 09/30 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:092824 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500127192427 Eed:240930  Ind ID:4445032635557        Ind Name:Tst* Estuary        Citizens        Net Setlmt 444 5032635557   Tst* Estuary        BC  Tst* Estuary Trn: 2747192427Tc | 378.55 |
| 09/30 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:092924 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500127192436 Eed:240930  Ind ID:4445032635557        Ind Name:Tst* Estuary        Citizens        Net Setlmt 444 5032635557   Tst* Estuary        BC  Tst* Estuary Trn: 2747192436Tc | 95.55 |
| 09/30 | Orig CO Name:Citizens        Orig ID:1264535957 Desc Date:092924 CO Entry Descr:Net Setlmtsec:PPD  Trace#:011500127192430 Eed:240930  Ind ID:4445032635557        Ind Name:Tst* Estuary        Citizens        Net Setlmt 444 5032635557   Tst* Estuary        BC  Tst* Estuary Trn: 2747192430Tc | 19.80 |

| Total Deposits and Additions | $119,933.77 |
|---|---|

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 5531 ^ | | 09/23 | $375.00 |

| Total Checks Paid | $375.00 |
|---|---|

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | 09/02 Online Transfer To Chk ...1580 Transaction#: 21931400116 | $1,500.00 |
| 09/03 | Orig CO Name:Toast, Inc        Orig ID:1800948598 Desc Date:        CO Entry Descr:Toast, Incsec:CCD  Trace#:091000011461282 Eed:240903  Ind ID:SI-W3K1Y3P3H5X9        Ind Name:One15 Restaurant LLC Trn: 2471461282Tc | 219.80 |
| 09/03 | Orig CO Name:United Healthcar        Orig ID:1411289245 Desc Date:        CO Entry Descr:EDI Paymtssec:CTX  Trace#:043000262196365 Eed:240903  Ind ID:941970935710 Ind Name:0007One 15 Restauran Trn: 2472196365Tc | 2,786.54 |
| 09/05 | Orig CO Name:Manhattan Beer D        Orig ID:1139118000 Desc Date:        CO Entry Descr:Manhattan Sec:CCD  Trace#:021000026887692 Eed:240905  Ind ID:FT344690646 Ind Name:Estuaryelau15 Trn: 2496887692Tc | 117.60 |
| 09/05 | Orig CO Name:ADP Wage Pay        Orig ID:9333006057 Desc Date:240905 CO Entry Descr:Wage Pay  Sec:CCD   Trace#:021000028070699 Eed:240905  Ind ID:9309343958525Sb        Ind Name:One15 Restaurant LLC O 323298036 Trn: 2498070699Tc | 9,014.10 |
| 09/05 | Orig CO Name:ADP Tax        Orig ID:1223006057 Desc Date:240905 CO Entry Descr:ADP Tax  Sec:CCD   Trace#:021000023793793 Eed:240905  Ind ID:Rb5Sb 090636A01        Ind Name:One15 Restaurant LLC Aa Trn: 2493123793Tc | 3,212.53 |
| 09/06 | Zelle Payment To Milo Consulting Corp. Jpm99An7Myr6 | 2,000.00 |
| 09/06 | Orig CO Name:Toast, Inc.        Orig ID:1330903620 Desc Date:240905 CO Entry Descr:20240831-3Sec:CCD  Trace#:111000755715779 Eed:240906  Ind ID:617-682-0225 Ind Name:One15 Restaurant LLC Trn: 2495715779Tc | 1.15 |



August 31, 2024 through September 30, 2024
Primary Account: ███████ 662

## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/06 | Orig CO Name:ADP Payroll Fees    Orig ID:9659605001 Desc Date:240906 CO Entry Descr:ADP Fees Sec:CCD    Trace#:021000028053705 Eed:240906  Ind ID:932533095780 Ind Name:669824001One15 Restaur 550374703 Trn: 2508053705Tc | 187.62 |
| 09/09 | Orig CO Name:Sgws of Nyc    Orig ID:0008235758 Desc Date:240906 CO Entry Descr:3056254171Sec:Web  Trace#:021000029499450 Eed:240909  Ind ID Ind Name:Estelle Lau 2635754699923 Trn: 25094994501c | 1,307.21 |
| 09/09 | Orig CO Name:Toast, Inc    Orig ID:1800948598 Desc Date:    CO Entry Descr:Toast, Incsec:CCD    Trace#:091000019902689 Eed:240909  Ind ID:St-O1P2B6J2S0U4    Ind Name:One15 Restaurant LLC Trn: 2539902689Tc | 499.76 |
| 09/10 | 09/10 Online Transfer To Chk ...1580 Transaction# 22015121733 | 3,500.00 |
| 09/11 | Zelle Payment To Ryan Fay Jpm99Anie7Dd | 59.76 |
| 09/11 | Zelle Payment To Aleksandr Shklyar 22022826603 | 433.74 |
| 09/12 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:240912 CO Entry Descr:Wage Pay Sec:CCD  Trace#:021000028585458 Eed:240912  Ind ID:9299344981035Sb    Ind Name:One15 Restaurant LLC O 323298036 Trn: 2585854581c | 8,220.98 |
| 09/12 | Orig CO Name:ADP Tax    Orig ID:1223006057 Desc Date:240912 CO Entry Descr:ADP Tax Sec:CCD  Trace# 0210000211772209 Eed:240912  Ind ID:Rb5Sb 091337A01    Ind Name:One15 Restaurant LLC Aa Trn: 2561772209Tc | 3,218.76 |
| 09/13 | Orig CO Name:US Foodservice    Orig ID:4880371951 Desc Date:    CO Entry Descr:Vendor Paysec:CTX    Trace#:091000016814250 Eed:240913  Ind ID:091341499815000    Ind Name:0019Usfoods-41499815 Trn: 2576814250Tc | 4,471.69 |
| 09/13 | Orig CO Name:Union Beer Distr    Orig ID:9113310559 Desc Date:    CO Entry Descr:Invoices Sec:CCD  Trace#:021303612455181 Eed:240913  Ind ID:Fk33609/12/24 Ind Name:Estuary/ Ebb & Flow 319016 Trn: 2562455181Tc | 1,022.92 |
| 09/13 | Orig CO Name:Manhattan Beer D    Orig ID:1139118000 Desc Date:    CO Entry Descr:Manhattan Sec:CCD    Trace#:021000026814246 Eed:240913  Ind ID:FT347528244 Ind Name:Estuaryelau15 Trn: 2576814246Tc | 339.62 |
| 09/13 | Orig CO Name:Choi's Pest Cont    Orig ID:0000485845 Desc Date:    CO Entry Descr:Wwp*Choi'Ssec:Web    Trace#:096016936814248 Eed:240913  Ind ID:917A3C838B1544B    Ind Name:Estuary 7183211439 Trn: 2576814248Tc | 239.52 |
| 09/13 | 09/13 Online Payment 22029990388 To M & M Sanitation Corp | 1,694.37 |
| 09/13 | 09/13 Online Payment 22029957599 To Gmr Imports LLC | 313.00 |
| 09/13 | 09/13 Online Payment 22029990375 To Arrow Linen Supply CO. Inc | 288.16 |
| 09/13 | 09/13 Online Payment 22030103323 To Rndc New York Opici | 263.66 |
| 09/13 | 09/13 Online Payment 22029990380 To Autotap Corp | 107.76 |
| 09/13 | 09/13 Online Payment 22029990390 To Out of The Blue | 219.90 |
| 09/13 | 09/13 Online Payment 22029957590 To Imperial Dade | 567.36 |
| 09/13 | Orig CO Name:ADP Payroll Fees    Orig ID 9659605001 Desc Date:240913 CO Entry Descr:ADP Fees Sec:CCD  Trace#:021000024278131 Eed:240913  Ind ID:925033934318 Ind Name:6702762500ne15 Restaur 550374703 Trn: 25742781311c | 180.66 |
| 09/16 | Zelle Payment To Bruce Chan Cpa Jpm99Ano202Y | 4,900.00 |
| 09/17 | Zelle Payment To Savvy Accounting Corp 22087424327 | 5,000.00 |
| 09/18 | Zelle Payment To Savvy Accounting Corp 22087425486 | 375.00 |
| 09/19 | Zelle Payment To Milo Consulting Corp. Jpm99Anxpdmh | 2,000.00 |
| 09/19 | Orig CO Name:ADP Wage Pay    Orig ID:9333006057 Desc Date:240919 CO Entry Descr:Wage Pay Sec:CCD  Trace#:021000023202842 Eed:240919  Ind ID:7400596666455Sb    Ind Name:One15 Restaurant LLC O 323298036 Trn: 2633202842Tc | 3,924.04 |





August 31, 2024 through September 30, 2024
Primary Account: ▮▮▮▮▮▮▮662

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/19 | Orig CO Name:ADP Tax        Orig ID:1223006057 Desc Date:240919 CO Entry Descr:ADP Tax  Sec:CCD  Trace#:021000026576724 Eed:240919  Ind ID:Rb5Sb 092038A01        Ind Name:One15 Restaurant LLC Aa Trn: 2636576724Tc | 3,513.24 |
| 09/20 | Orig CO Name:Nys Dtf Sales        Orig ID:O146013200 Desc Date:      CO Entry Descr:Tax Paymntsec:CCD  Trace#:091000015576149 Eed:240920  Ind ID:0000000118388407 Ind Name:Sw2405809919 Trn: 2635576149Tc | 6,305.64 |
| 09/20 | Orig CO Name:ADP Payroll Fees        Orig ID:9659605001 Desc Date:240920 CO Entry Descr:ADP Fees  Sec:CCD  Trace#:021000024862296 Eed:240920  Ind ID:794094789051 Ind Name:67064/697One15 Restaur 550374703 Trn: 2644862296Tc | 170.22 |
| 09/23 | Orig CO Name:Toast, Inc        Orig ID:4270465600 Desc Date:      CO Entry Descr:Toast.. Incsec:CCD  Trace#:111000022991163 Eed:240923  Ind ID:St-R7E1C9V6B1G9        Ind Name:One15 Restaurant LLC Trn: 2672991163Tc | 296.15 |
| 09/23 | Orig CO Name:ADP Tax        Orig ID:1223006057 Desc Date:240923 CO Entry Descr:ADP Tax  Sec:CCD  Trace#:021000028214031 Eed:240923  Ind ID:Rb5Sb 7568958Vv        Ind Name:One15 Restaurant LLC Aa Trn: 2678214031Tc | 350.36 |
| 09/24 | 09/24 Online Transfer To Chk ...1580 Transaction#: 22157367657 | 1,000.00 |
| 09/25 | Zelle Payment To Ryan Fay Jpm99Ao9Ljvu | 191.33 |
| 09/25 | Zelle Payment To Michelle Laika Decalos Jpm99Ao9Lg6W | 539.36 |
| 09/25 | Zelle Payment To Michelle Laika Decalos Jpm99Ao9Lgk2 | 898.78 |
| 09/26 | Orig CO Name:ADP Wage Pay        Orig ID:933006057 Desc Date:240926 CO Entry Descr:Wage Pay  Sec:CCD  Trace#:021000024655692 Eed:240926  Ind ID:3300711261245Sb        Ind Name:One15 Restaurant LLC O 323298036 Trn: 2704655692Tc | 5,863.59 |
| 09/26 | Orig CO Name:ADP Tax        Orig ID:1223006057 Desc Date:240926 CO Entry Descr:ADP Tax  Sec:CCD  Trace#:021000029380070 Eed:240926  Ind ID:Rb5Sb 092739A01        Ind Name:One15 Restaurant LLC Aa Trn: 2709380070Tc | 2,431.79 |
| 09/27 | Orig CO Name:Union Beer Distr        Orig ID:9113310559 Desc Date:      CO Entry Descr:Invoices  Sec:CCD  Trace#:021303610201756 Eed:240927  Ind ID:Fk33609/27/24 Ind Name:Estuary/ Ebb & Flow 317879 Trn: 2700201756Tc | 1,049.30 |
| 09/27 | Orig CO Name:ADP Payroll Fees        Orig ID:9659605001 Desc Date:240927 CO Entry Descr:ADP Fees  Sec:CCD  Trace#:021000024796793 Eed:240927  Ind ID:927534248815 Ind Name:6712139953One15 Restaur 550374703 Trn: 2714796793Tc | 182.33 |
| | **Total Electronic Withdrawals** | **$90,979.30** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 09/03 | $20,303.76 | 09/12 | 25,783.61 | 09/23 | 14,314.08 |
| 09/04 | 21,299.36 | 09/13 | 19,983.29 | 09/24 | 13,849.35 |
| 09/05 | 10,707.32 | 09/16 | 24,821.77 | 09/25 | 37,556.04 |
| 09/06 | 10,534.84 | 09/17 | 20,103.28 | 09/26 | 29,863.53 |
| 09/09 | 15,983.78 | 09/18 | 20,004.93 | 09/27 | 38,798.28 |
| 09/10 | 14,306.18 | 09/19 | 3,311.51 | 09/30 | 40,577.59 |
| 09/11 | 14,884.51 | 09/20 | 6,193.79 | | |





## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

## CHASE PLATINUM BUSINESS CHECKING

ONE15 RESTAURANT LLC                                    Account Number █████1580

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$530.41** |
| Deposits and Additions | 3 | 6,000.00 |
| Electronic Withdrawals | 10 | -7,067.92 |
| **Ending Balance** | **13** | **-$537.51** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Online Transfer From Chk ...1662 Transaction# 21931400116 | $1,500.00 |
| 09/10 | Online Transfer From Chk ...1662 Transaction# 22015121733 | 3,500.00 |
| 09/24 | Online Transfer From Chk ...1662 Transaction# 22157367657 | 1,000.00 |
| **Total Deposits and Additions** | | **$6,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Orig CO Name:Chefswarehousewe      Orig ID:3383693141 Desc Date:240830 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000011211797 Eed:240903  Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2431211797Tc | $472.08 |
| 09/04 | Orig CO Name:Chefswarehousewe      Orig ID:3383693141 Desc Date:240903 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000012578494 Eed:240904  Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2472784941Tc | 929.03 |
| 09/05 | Orig CO Name:Chefswarehousewe      Orig ID:3383693141 Desc Date:240904 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000013976030 Eed:240905  Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2483976030Tc | 492.39 |
| 09/10 | Orig CO Name:Chefswarehousewe      Orig ID:3383693141 Desc Date:240909 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000015311492 Eed:240910  Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2535311492Tc | 1,326.32 |
| 09/10 | Orig CO Name:Chefswarehousewe      Orig ID:3383693141 Desc Date:240909 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000015311493 Eed:240910  Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2535311493Tc | 391.36 |



August 31, 2024 through September 30, 2024

Primary Account: ██████ 662

## ELECTRONIC WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/16 | Orig CO Name:Chefswarehousewe     Orig ID:3383693141 Desc Date:240913 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000016602007 Eed:240916   Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2576602007Tc | 453.07 |
| 09/17 | Orig CO Name:Chefswarehousewe     Orig ID:3383693141 Desc Date:240916 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000010279141 Eed:240917   Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2600279141Tc | 776.26 |
| 09/20 | Orig CO Name:Chefswarehousewe     Orig ID:3383693141 Desc Date:240919 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000015294768 Eed:240920   Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2635294768Tc | 649.54 |
| 09/24 | Orig CO Name:Chefswarehousewe     Orig ID:3383693141 Desc Date:240923 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000017951934 Eed:240924   Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2677951934Tc | 614.19 |
| 09/30 | Orig CO Name:Chefswarehousewe     Orig ID:3383693141 Desc Date:240927 CO Entry Descr:Purchase  Sec:CCD   Trace# 091000017358150 Eed:240930   Ind ID:One 15 Restaura Ind Name:One 15 Restaurant LLC 203-894-1345 Tm: 2717358150Tc | 963.68 |

Total Electronic Withdrawals    $7,067.92

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 09/03 | $1,558.33 |
| 09/04 | 629.30 |
| 09/05 | 136.91 |
| 09/10 | 1,919.23 |
| 09/16 | 1,466.16 |
| 09/17 | 689.90 |
| 09/20 | 40.36 |
| 09/24 | -426.17 |
| 09/30 | -537.51 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**