# UNITED STATES BANKRUPTCY COURT

Eastern DISTRICT OF New York

Brooklyn Division

In Re. ONE15 Brooklyn Sail Club, LLC  §  Case No. 24-44032
§
§  Lead Case No. 24-44027
Debtor(s)  §

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2024          Petition Date: 09/26/2024

Months Pending: 0          Industry Classification: 4 8 8 3

Reporting Method:      Accrual Basis ◯      Cash Basis ⦿

Debtor's Full-Time Employees (current):          1

Debtor's Full-Time Employees (as of date of order for relief):          1

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Erica R. Aisner                          Erica R. Aisner, Esq.
Signature of Responsible Party               Printed Name of Responsible Party

11/05/2024
Date                                         Kirby Aisner & Curley LLP
                                             700 Post Road, Suite 237, Scarsdale, NY 10583
                                             Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ONE15 Brooklyn Sail Club, LLC          Case No. 24-44032

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $10,137 | |
| b. | Total receipts (net of transfers between accounts) | $98 | $98 |
| c. | Total disbursements (net of transfers between accounts) | $235 | $235 |
| d. | Cash balance end of month (a+b-c) | $10,000 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $235 | $235 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory     (Book ●   Market ○   Other ○   (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $24,500 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $9 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $9 |
| k. | Prepetition secured debt | $136,616 |
| l. | Prepetition priority debt | $62 |
| m. | Prepetition unsecured debt | $76,996 |
| n. | Total liabilities (debt) (j+k+l+m) | $213,683 |
| o. | Ending equity/net worth (e-n) | $-189,183 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $98 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $98 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $235 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $9 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-146 | $-146 |

Debtor's Name ONE15 Brooklyn Sail Club, LLC       Case No. 24-44032

### Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | Kirby Aisner & Curley LLP | Lead Counsel | $0 | $0 | $0 | $0 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name ONE15 Brooklyn Sail Club, LLC                                     Case No. 24-44032

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name ONE15 Brooklyn Sail Club, LLC                                               Case No. 24-44032

|   |          |   |   |   |   |   |   |
|---|----------|---|---|---|---|---|---|
|   | lxxix    |   |   |   |   |   |   |
|   | lxxx     |   |   |   |   |   |   |
|   | lxxxi    |   |   |   |   |   |   |
|   | lxxxii   |   |   |   |   |   |   |
|   | lxxxii   |   |   |   |   |   |   |
|   | lxxxiv   |   |   |   |   |   |   |
|   | lxxxv    |   |   |   |   |   |   |
|   | lxxxvi   |   |   |   |   |   |   |
|   | lxxxvi   |   |   |   |   |   |   |
|   | lxxxvi   |   |   |   |   |   |   |
|   | lxxxix   |   |   |   |   |   |   |
|   | xc       |   |   |   |   |   |   |
|   | xci      |   |   |   |   |   |   |
|   | xcii     |   |   |   |   |   |   |
|   | xciii    |   |   |   |   |   |   |
|   | xciv     |   |   |   |   |   |   |
|   | xcv      |   |   |   |   |   |   |
|   | xcvi     |   |   |   |   |   |   |
|   | xcvii    |   |   |   |   |   |   |
|   | xcviii   |   |   |   |   |   |   |
|   | xcix     |   |   |   |   |   |   |
|   | c        |   |   |   |   |   |   |
|   | ci       |   |   |   |   |   |   |

|    |                                                                              |      | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|----|------------------------------------------------------------------------------|------|------------------------|---------------------|--------------------|-----------------|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total*     |      |                        |                     |                    |                 |
|    | *Itemized Breakdown by Firm*                                                 |      |                        |                     |                    |                 |
|    | Firm Name                                                                    | Role |                        |                     |                    |                 |
| i    |    |    |    |    |    |    |
| ii   |    |    |    |    |    |    |
| iii  |    |    |    |    |    |    |
| iv   |    |    |    |    |    |    |
| v    |    |    |    |    |    |    |
| vi   |    |    |    |    |    |    |
| vii  |    |    |    |    |    |    |
| viii |    |    |    |    |    |    |
| ix   |    |    |    |    |    |    |
| x    |    |    |    |    |    |    |
| xi   |    |    |    |    |    |    |
| xii  |    |    |    |    |    |    |
| xiii |    |    |    |    |    |    |
| xiv  |    |    |    |    |    |    |

Debtor's Name ONE15 Brooklyn Sail Club, LLC                                          Case No. 24-44032

| | | | | | | |
|---|---|---|---|---|---|---|
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |

Debtor's Name ONE15 Brooklyn Sail Club, LLC                                    Case No. 24-44032

| | | | | | | |
|---|---|---|---|---|---|---|
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxvii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |

Debtor's Name ONE15 Brooklyn Sail Club, LLC                              Case No. 24-44032

|   |        |   |   |   |   |   |
|---|--------|---|---|---|---|---|
|   | xcix   |   |   |   |   |   |
|   | c      |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) |   |   |   |   |   |

| **Part 6: Postpetition Taxes** | **Current Month** | **Cumulative** |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $9 | $9 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions)  Yes ○  No ●
b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions)  Yes ○  No ●
c. Were any payments made to or on behalf of insiders?  Yes ○  No ●
d. Are you current on postpetition tax return filings?  Yes ●  No ○
e. Are you current on postpetition estimated tax payments?  Yes ●  No ○
f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○
g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ●
h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ●
i. Do you have:    Worker's compensation insurance?  Yes ●  No ○
    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)
    Casualty/property insurance?  Yes ●  No ○
    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)
    General liability insurance?  Yes ●  No ○
    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)
j. Has a plan of reorganization been filed with the court?  Yes ○  No ●
k. Has a disclosure statement been filed with the court?  Yes ○  No ●
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ●  No ○

UST Form 11-MOR (12/01/2021)                    8

Debtor's Name ONE15 Brooklyn Sail Club, LLC                                              Case No. 24-44032

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Estelle Lau                                                                  Estelle Lau

Signature of Responsible Party                                      Printed Name of Responsible Party

CEO                                                                                10/24/2024

Title                                                                                   Date

UST Form 11-MOR (12/01/2021)                    9

Debtor's Name  ONE15 Brooklyn Sail Club, LLC                                    Case No. 24-44032


PageOnePartOne


PageOnePartTwo


PageTwoPartOne

PageTwoPartTwo

Debtor's Name ONE15 Brooklyn Sail Club, LLC                                  Case No. 24-44032


Bankruptcy1to50


Bankruptcy51to100


NonBankruptcy1to50


NonBankruptcy51to100

Case 1-24-44027-ess    Doc 40    Filed 11/05/24    Entered 11/05/24 16:10:15

Debtor's Name ONE15 Brooklyn Sail Club, LLC                                   Case No. 24-44032


PageThree


PageFour

UST Form 11-MOR (12/01/2021)                    12

ONE 15 Brooklyn Sail Club, LLC
Balance Sheet Summary
09/30/24

For the Period Starting 09/26/24
Ending 09/30/24

| **Balance Sheet** | | |
| --- | --- | --- |
| | | |
| Assets | | |
| Cash | $ | 10,000 |
| Accounts Receivable | $ | - |
| Other Assets | $ | 14,500 |
| | | |
| **Total Assets** | **$** | **24,500** |
| | | |
| | | |
| Liabilities | | |
| Accounts Payable | $ | - |
| Tax Payable | $ | 9 |
| Prepetition secured debt | $ | 136,616 |
| Prepetition priority debt | $ | 62 |
| Prepetition unsecured debt | $ | 76,996 |
| | | |
| **Total Liabilities** | **$** | **213,683** |
| | | |
| **Total Equity** | **$** | **(189,183)** |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.

ONE 15 Brooklyn Sail Club, LLC
Statement of Operations Summary

For the Period Starting 09/26/24
Ending 09/30/24

| Statement of Operations | | |
|---|---|---:|
| Revenues | $ | 98 |
| Cost of Goods Sold | $ | - |
| Gross Profit | $ | 98 |
| | | |
| Payroll | $ | - |
| Selling expenses | $ | - |
| General and administrative expenses | $ | 235 |
| Interest | $ | - |
| Taxes (local, state, and federal) | $ | 9 |
| Reorganization items | $ | - |
| Total Expenses | $ | 244 |
| | | |
| Profit (loss) | $ | (146) |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.

ONE 15 Brooklyn Sail Club, LLC
Statement of Cash Receipts and Disbursements Summary

For the Period Starting 09/26/24
Ending 09/30/24

| **Statement of Cash Receipts and Disbursements** | | |
|---|---|---|
| Beginning Period | $ | 10,137 |
| Cash Receipts | $ | 98 |
| | | |
| Dispersements | | |
| Operating Costs | $ | (18,500) |
| Adjustment of Accounts | $ | 18,735 |
| | | |
| End of Period | $ | 10,000 |

See accompanying Notes to Financial Statements.

Notes:

1. Cash Basis accounting
2. These financial statements are generated from the post filing date and does not include any pre-filing entries for the entity with exception of pre-petition debt at the time of filing.



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 31, 2024 through September 30, 2024

Account Number: 9735

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00087642 DRE 802 219 27724 NNNNNNNNNN  1 000000000 D3 0000
ONE15 BROOKLYN SAIL CLUB, LLC
12 JORALEMON ST
BROOKLYN NY 11201-4006



## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $42,683.49 |
| Deposits and Additions | 12 | 23,121.16 |
| Electronic Withdrawals | 17 | -55,805.09 |
| Ending Balance | 29 | $9,999.56 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Orig CO Name:Stripe           Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:091000019246994 Eed:240903   Ind ID:St-V7H5L8H0C7W4            Ind Name:One15 Brooklyn Sail Cl Trn: 2479246994Tc | $1,133.26 |
| 09/04 | Orig CO Name:Stripe           Orig ID:4270465600 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:111000021406593 Eed:240904   Ind ID:St-E0D5F2J1O7X1             Ind Name:One 15 Brooklyn Sail C Trn: 2481406593Tc | 2,511.69 |
| 09/05 | Orig CO Name:Molo Express       Orig ID:1800948598 Desc Date:        CO Entry Descr:Molo Expresec:CCD    Trace#:091000011208644 Eed:240905   Ind ID:St-W4R0E3Q3G9R6             Ind Name:One Brooklyn Sail Club Trn: 2491208644Tc | 55.00 |
| 09/09 | Orig CO Name:Stripe           Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:091000011662922 Eed:240909   Ind ID:St-R6U6U8JSA3T8             Ind Name:One15 Brooklyn Sail Cl Trn: 2531662922Tc | 543.52 |
| 09/11 | Orig CO Name:Stripe           Orig ID:4270465600 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:111000023989027 Eed:240911   Ind ID:St-Q2R5Z4X6D6M8             Ind Name:One 15 Brooklyn Sail C Trn: 2553989027Tc | 457.79 |
| 09/16 | Orig CO Name:Stripe           Orig ID:1800948598 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:091000011606261 Eed:240916   Ind ID:St-M6R4X9E4M5B4             Ind Name:One15 Brooklyn Sail Cl Trn: 2601606261Tc | 1,314.82 |
| 09/18 | Orig CO Name:Stripe           Orig ID:4270465600 Desc Date:        CO Entry Descr:Transfer  Sec:CCD    Trace#:111000023827379 Eed:240918   Ind ID:St-P5G0C3P8H8J9             Ind Name:One 15 Brooklyn Sail C Trn: 2623827379Tc | 831.11 |

Page 1 of 4





August 31, 2024 through September 30, 2024

Account Number: 9735

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/23 | Orig CO Name:Stripe  Orig ID:1800948598 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:091000014574891 Eed:240923  Ind ID:St-O4K8J4R3F7C0  Ind Name:One15 Brooklyn Sail Cl Trn: 2674574891Tc | 250.45 |
| 09/24 | Zelle Payment From Jan-Willem Vandendorpel 22156791194 | 199.96 |
| 09/25 | Orig CO Name:Stripe  Orig ID:4270465600 Desc Date:  CO Entry Descr:Transfer Sec:CCD  Trace#:111000024198593 Eed:240925  Ind ID:St-W0T6O7O8Z3I4  Ind Name:One 15 Brooklyn Sail C Trn: 2694198593Tc | 5,598.76 |
| 09/27 | Online Transfer From Chk ...1972 Transaction#: 22190569929 | 10,127.00 |
| 09/27 | Zelle Payment From Amy Dietz Bachc6Gfos32 | 97.80 |
| **Total Deposits and Additions** | | **$23,121.16** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/03 | Orig CO Name:Molom  Orig ID:4270465600 Desc Date:  CO Entry Descr:Molo 49246Sec:CCD  Trace#:111000020267413 Eed:240903  Ind ID:St-K1A6A0B9C7M9  Ind Name:One Brooklyn Sail Club Trn: 2470267413Tc | $1.09 |
| 09/04 | Orig CO Name:Chase Credit Crd  Orig ID:4760039224 Desc Date:240903 CO Entry Descr:Autopaybussec:PPD  Trace#:021000021667694 Eed:240904  Ind ID:  Ind Name:Lau Estelle T Trn: 2481667694Tc | 1,362.00 |
| 09/05 | Orig CO Name:ADP Wage Pay  Orig ID:9333006057 Desc Date:240905 CO Entry Descr:Wage Pay Sec:CCD  Trace#:021000022858972 Eed:240905  Ind ID:931134559276D24  Ind Name:One15 Brooklyn Sail Cl 323298036 Trn: 2492858972Tc | 1,500.39 |
| 09/05 | Orig CO Name:ADP Tax  Orig ID:1223006057 Desc Date:240905 CO Entry Descr:ADP Tax Sec:CCD  Trace#:021000025771386 Eed:240905  Ind ID:Rbd24 090618A01  Ind Name:One15 Brooklyn Sail Cl Aa Trn: 2495771386Tc | 675.03 |
| 09/09 | Orig CO Name:ADP 401K  Orig ID:1223006057 Desc Date:240909 CO Entry Descr:ADP 401K Sec:CCD  Trace#:021000027837794 Eed:240909  Ind ID:Rbd24 090618V02  Ind Name:One15 Brooklyn Sail Cl Aa Trn: 2537837794Tc | 476.90 |
| 09/13 | 09/13 Payment To Chase Card Ending IN 6242 | 7,500.00 |
| 09/13 | Orig CO Name:ADP Payroll Fees  Orig ID:9659605001 Desc Date:240913 CO Entry Descr:ADP Fees Sec:CCD  Trace#:021000028048597 Eed:240913  Ind ID:425060361345  Ind Name:670126309One15 Brookly 550374703 Trn: 2578048597Tc | 226.29 |
| 09/16 | Zelle Payment To Stephen Yip 22078893266 | 7,500.00 |
| 09/17 | Zelle Payment To Stephen Yip 22078900348 | 2,500.00 |
| 09/18 | Orig CO Name:Molom  Orig ID:1800948598 Desc Date:  CO Entry Descr:Inv-21809 Sec:CCD  Trace#:091000017389482 Eed:240918  Ind ID:St-S4Y9W8I2K1M9  Ind Name:One Brooklyn Sail Club Trn: 2627389482Tc | 2.07 |
| 09/19 | Orig CO Name:ADP Wage Pay  Orig ID:9333006057 Desc Date:240919 CO Entry Descr:Wage Pay Sec:CCD  Trace#:021000026365772 Eed:240919  Ind ID:738069757410D24  Ind Name:One15 Brooklyn Sail Cl 323298036 Trn: 2636365772Tc | 1,500.37 |
| 09/19 | Orig CO Name:ADP Tax  Orig ID:1223006057 Desc Date:240919 CO Entry Descr:ADP Tax Sec:CCD  Trace#:021000029299848 Eed:240919  Ind ID:Rbd24 092019A01  Ind Name:One15 Brooklyn Sail Cl Aa Trn: 2639299848Tc | 675.05 |
| 09/20 | Orig CO Name:Nys Dtf Sales  Orig ID:O146013200 Desc Date:  CO Entry Descr:Tax Paymntsec:CCD  Trace#:091000011632334 Eed:240920  Ind ID:000000118454190  Ind Name:Sw2405861078 Trn: 2641632334Tc | 7,171.04 |
| 09/20 | Orig CO Name:Sba Eidl Loan  Orig ID:7300000118 Desc Date:240919 CO Entry Descr:Payment Sec:CCD  Trace#:041036041541750 Eed:240920  Ind ID:0000  Ind Name:Estelle Lau    8850698208 ACH Transaction Trn: 2641541750Tc | 617.00 |

Page 2 of 4



August 31, 2024 through September 30, 2024

Account Number: ████████9735



## ELECTRONIC WITHDRAWALS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/23 | Orig CO Name:ADP 401K         Orig ID:1223006057 Desc Date:240923 CO Entry Descr:ADP 401K  Sec:CCD    Trace#:021000029504326 Eed:240923   Ind ID:Rbd24 092019V02            Ind Name:One15 Brooklyn Sail Cl Aa Trn: 2679504326Tc | 476.90 |
| 09/25 | 09/25 Online Transfer To Chk ...1972 Transaction#: 22167362623 | 23,385.72 |
| 09/27 | Orig CO Name:ADP Payroll Fees      Orig ID:9659605001 Desc Date:240927 CO Entry Descr:ADP Fees  Sec:CCD    Trace#:021000027831873 Eed:240927   Ind ID:930034980739 Ind Name:671047906One15 Brookly 550374703 Trn: 2717831873Tc | 235.24 |

**Total Electronic Withdrawals**    **$55,805.09**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 09/03 | $43,815.66 | 09/13 | 35,643.05 | 09/20 | 17,823.45 |
| 09/04 | 44,965.35 | 09/16 | 29,457.87 | 09/23 | 17,597.00 |
| 09/05 | 42,844.93 | 09/17 | 26,957.87 | 09/24 | 17,796.96 |
| 09/09 | 42,911.55 | 09/18 | 27,786.91 | 09/25 | 10.00 |
| 09/11 | 43,369.34 | 09/19 | 25,611.49 | 09/27 | 9,999.56 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC



August 31, 2024 through September 30, 2024

Account Number: 9735

This Page Intentionally Left Blank