KIRBY AISNER & CURLEY LLP  *Hearing Date: November 19, 2024*
*Attorneys for the Debtors*  *Hearing Time: 12:00 noon*
700 Post Road, Suite 237
Scarsdale, New York 10583
Tel: (914) 401-9500
Erica R. Aisner, Esq.
eaisner@kacllp.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                   Chapter 11
ONE EDGE MARINA FINANCE         Lead Case No. 24-44027(ess)
COMPANY LLC, et al.,                    Jointly Administered

                                Debtors.
-----------------------------------------------------------X

## NOTICE OF HERAING ON APPLICATION TO EMPLOY AND RETAIN AUCTION ADVISORS AS BROKER AND AUCTIONEER

**PLEASE TAKE NOTICE,** that the a hearing on the Application of One15 Brooklyn Marina LLC, One15 Brooklyn Sail Club LLC and One15 Restaurant LLC, debtors and debtors-in-possession in the above referenced jointly administered chapter 11 cases, has been scheduled to be heard before the Honorable Elizabeth S. Strong United States Bankruptcy Judge, at the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, NY 11201, Courtroom 3583, on **Tuesday, November 19, 2024, at 12:00 p.m via CISCO WEBEX.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Application may be filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nyeb.uscourts.gov (login and password required), prior to the hearing or made orally at the hearing.

Dated:  Scarsdale New York
         November 18, 2024                KIRBY AISNER & CURLEY LLP
                                          *Attorneys for the Debtor*
                                          700 Post Road, Suite 237
                                          Scarsdale, New York 10583
                                          Tel: (914) 401-9500

                                          By: */s/ Erica Aisner*
                                              Erica Aisner, Esq.

TO:   All Creditors
        United States Trustee
        All Parties Having Filed a Notice of Appearance