| ONE Edge Marina Finance | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| | 11/18/24 | 11/25/24 | 12/2/24 | 12/9/24 | 12/16/24 | 12/23/24 | 12/30/24 |
| | 11/24/24 | 12/1/24 | 12/8/24 | 12/15/24 | 12/22/24 | 12/29/24 | 1/5/25 |
| | | | | | | | |
| Cash in the Bank | $ (29,105) | $ (100) | $ (32,025) | $ 10 | $ 10 | $ (100) | $ (64,310) |
| Transfer from Marina | $ 29,115 | $ 110 | $ 32,035 | $ - | $ - | $ 110 | $ 64,320 |
| Beginning Cash Balance | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 | $ 10 |
| | | | | | | | |
| Revenues | | | | | | | |
| | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | |
| Insurance | | | | | | | |
| Great American Insurance | | $ 1,200 | | | | $ 2,400 | |
| Hanover Insurance - Ocean | | $ 26,630 | | | | $ 53,260 | |
| Hanover Insurance - Worker Comp | | $ 1,801 | | | | $ 3,602 | |
| Hanover Insurance - Auto | | $ 1,021 | | | | $ 2,042 | |
| Hanover Insurance - Ocean | | $ 1,383 | | | | $ 2,766 | |
| | | | | | | | |
| Quickbooks | $ 110 | | | | $ 110 | | |
| | | | | | | | |
| US Trustee Payment | | $ - | | | | $ 250 | |
| | | | | | | | |
| | | | | | | | |
| Total Expense | $ 110 | $ 32,035 | $ - | $ - | $ 110 | $ 64,320 | $ - |
| | | | | | | | |
| P&L | $ (110) | $ (32,035) | $ - | $ - | $ (110) | $ (64,320) | $ - |

| Marina | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 11/18/24 | 11/25/24 | 12/2/24 | 12/9/24 | 12/16/24 | 12/23/24 | 12/30/24 |
| End | 11/24/24 | 12/1/24 | 12/8/24 | 12/15/24 | 12/22/24 | 12/29/24 | 1/5/25 |
| | | | | | | | |
| All Cash in Bank | $ 98,251 | $ 91,101 | $ 239,235 | $ 141,646 | $ 175,624 | $ 153,094 | $ 40,209 |
| DIP Loan Draw | | $ 285,000 | | $ 130,000 | | | |
| | | | | | | | |
| Transient | $ 5,000 | $ 2,500 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Seasonal | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Total Revenues | $ 5,000 | $ 2,500 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| | | | | | | | |
| **Insurance** | | | | | | | |
| | | | | | | | |
| Hub International - Cyber Crime | | $ 908 | | | | $ 2,309 | |
| First Insurance Funding | | $ 1,119 | | | | $ 1,119 | |
| First Insurance Funding (Allied World - Pollution) | | $ 2,576 | | | | $ 2,576 | |
| | | | | | | | |
| **Payroll** | | | | | | | |
| | | | | | | | |
| CEO | | $ 7,805 | | $ 7,805 | | $ 7,805 | |
| COO | | $ 6,639 | | $ 6,639 | | $ 6,639 | |
| Dockmaster | | $ 3,726 | | $ 3,726 | | $ 3,726 | |
| Asst Dockmaster | | $ 2,444 | | $ - | | $ - | |
| Facilities | | $ 3,222 | | $ 3,222 | | $ 3,222 | |
| Dockhand | $ - | $ - | $ - | $ - | $ - | $ 3,222 | $ - |
| IT | | $ 3,381 | | $ 3,381 | | $ 3,381 | |
| 401K | $ 1,783 | | $ 1,783 | | $ 1,783 | | $ 1,783 |
| | | | | | | | |
| Payroll - Milo Consulting (payroll) | | $ 2,100 | | $ 2,100 | | $ 2,100 | |
| Payroll - Overnight Security | $ 2,020 | $ 2,020 | $ 2,020 | $ 2,020 | $ 2,020 | $ 2,020 | $ 2,020 |
| Payroll - Bookkeeping | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 |
| | | | | | | | |
| **Heathcare** | | $ 5,047 | | | | $ 5,047 | |
| Cobra Coverage | $ - | $ 1,879 | | | $ - | $ 1,879 | |
| | | | | | | | |
| Molo Platform Fees | $ 150 | $ 75 | $ 30 | $ 30 | $ 30 | $ 30 | $ 30 |
| | | | | | | | |
| **Utilities** | | | | | | | |
| Con Edison | | | | $ 12,000 | | | $ 8,000 |
| Internet (Verizon) | | | | $ 300 | | | $ 300 |
| Phone Service (paid by SC) | | | $ 350 | | | | $ 350 |
| | | | | | | | |
| **Admin** | | | | | | | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Dockwa | | $ 330 | | | | $ 330 | |
| Website Maintenance | $ 50 | | | | $ 50 | | |
| Homefront Security (Camera Mtce) | | $ - | $ 1,050 | | | $ - | $ 1,050 |
| Security System | | | | $ 250 | | | |
| Tax Filing | $ 2,750 | | | $ 2,750 | | | $ 2,750 |
| Quickbooks | | $ 256 | $ 587 | | | $ 256 | $ 287 |
| MS Office | $ 502 | | $ - | | $ 502 | $ - | |
| Cisco Systems | | $ 425 | $ 60 | | | $ 425 | $ 60 |
| Norton Anti Virus | | $ 100 | | | | $ 100 | |
| Logmein | | | | $ 1,700 | | | |
| Deputy | | | $ 290 | | | | $ 290 |
| Zoho (Campaign) | | | $ 34 | | | | $ 50 |
| Godaddy | $ 250 | $ 30 | | | $ 250 | $ 30 | |
| ADP (Bi weekly) | $ 260 | $ 325 | $ 260 | $ 325 | $ 260 | $ 325 | $ 260 |
| Misc (Office Supplies) | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| | | | | | | | |
| **Fleet Costs** | | | | | | | |
| Maintenance | $ - | $ 250 | | | | | |
| RIB Maintenance and Storage | $ - | $ 6,000 | $ 3,000 | $ 3,000 | | | |
| Sail Club Boat Storage | $ - | $ 15,000 | $ 15,000 | | | | |
| J80 Repair | | $ 15,000 | | | $ 15,000 | | |
| J80 Transportation | | $ 1,500 | | | $ 750 | | |
| Swap Boats on Trailer | | $ 2,000 | | | | | |
| Truck Fuel | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 | $ 25 |
| Truck Maintenance/Inspection | $ 1,500 | $ 500 | $ 750 | | | | |
| | | | | | | | |
| **Marina Supplies** | | | | | | | |
| D - Dock Stabilization | $ - | $ 5,000 | $ - | $ - | $ - | $ - | $ - |
| D - Plan A Fix (non piling) | | $ - | $ - | $ 45,000 | | | |
| D - Dock Fix (piling) | | | | $ - | | | |
| Sea Flex Lines | | | $ 38,000 | $ - | | | |
| Up and Over Bridges | | | $ 7,500 | $ - | | | |
| Freshwater System | $ - | $ - | $ 10,000 | $ - | $ - | $ - | $ - |
| Waste Water | | | | | | | |
| Electrical - Inspection only | | $ 15,000 | | | | | |
| Electrical - Repair | | | $ 15,000 | | | | |
| US Trustee Payment | | $ - | | | | $ 250 | |
| Transfer to ONE Edge for Insurance | $ 110 | $ 32,035 | $ - | $ - | $ 110 | $ 64,320 | $ - |
| | | | | | | | |
| **Total Expenses** | $ 12,150 | $ 139,366 | $ 98,589 | $ 97,023 | $ 23,530 | $ 113,885 | $ 20,005 |
| **P&L** | $ (7,150) | $ (136,866) | $ (97,589) | $ (96,023) | $ (22,530) | $ (112,885) | $ (19,005) |

| **Sail Club** | 11/18/24 | 11/25/24 | 12/2/24 | 12/9/24 | 12/16/24 | 12/23/24 | 12/30/24 | 1/6/25 |
|---|---|---|---|---|---|---|---|---|
| End | 11/24/24 | 12/1/24 | 12/8/24 | 12/15/24 | 12/22/24 | 12/29/24 | 1/5/25 | 1/12/25 |
| | | | | | | | | |
| Cash in the Bank | $ 7,510 | $ 6,671 | $ 6,671 | $ 5,786 | $ 4,675 | $ 3,836 | $ 3,586 | $ 2,671 |
| DIP Loan Draw | | | | | | | | |
| Beginning Cash Balance | $ 7,510 | $ 6,671 | $ 6,671 | $ 5,786 | $ 4,675 | $ 3,836 | $ 3,586 | $ 2,671 |
| | | | | | | | | |
| Revenue | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | |
| | | | | | | | | |
| US Sailing - Membership | $ - | $ - | $ 550 | $ - | $ - | $ - | | |
| | | | | | | | | |
| EIDL | $ 617 | | | | $ 617 | | | |
| Annual Dinner | | | | | | | | |
| Zoho Billing | $ 32 | | | | $ 32 | | | |
| Gaggle Mail | | | $ 10 | | | | $ 10 | |
| Constant Contact | | | $ 170 | | | | $ 170 | |
| Microsoft | | | $ - | | | | $ 580 | |
| Godaddy | $ 190 | | | | $ 190 | | | |
| Smart Waiver | | | $ 20 | | | | $ 20 | |
| Quickbooks | | | $ 110 | | | | $ 110 | |
| Adobe | | | $ 25 | | | | $ 25 | |
| ADP | $ - | $ - | $ - | $ - | $ - | $ - | | $ 235 |
| Misc | $ - | $ - | $ - | $ - | $ - | $ - | | |
| Sales Tax Payable | $ - | $ - | $ - | $ 1,111 | $ - | $ - | $ - | $ 750 |
| US Trustee Payment | | $ - | | | | $ 250 | | |
| | | | | | | | | |
| | | | | | | | | |
| Total Expenses | $ 839 | $ - | $ 885 | $ 1,111 | $ 839 | $ 250 | $ 915 | $ 985 |
| | | | | | | | | |
| Total P&L | $ (839) | $ - | $ (885) | $ (1,111) | $ (839) | $ (250) | $ (915) | $ (985) |

| Restaurant | | | | | | | |
|---|---|---|---|---|---|---|---|
| Start | 11/18/24 | 11/25/24 | 12/2/24 | 12/9/24 | 12/16/24 | 12/23/24 | 12/30/24 |
| End | 11/24/24 | 12/1/24 | 12/8/24 | 12/15/24 | 12/22/24 | 12/29/24 | 1/5/25 |
| | | | | | | | |
| Cash in the Bank | $ 11,480 | $ 2,683 | $ 28,514 | $ 16,923 | $ 13,682 | $ 9,266 | $ 1,462 |
| DIP Loan Draw | $ - | **$ 40,000** | $ - | $ - | $ - | $ - | $ - |
| Beginning Cash Balance | $ 11,480 | $ 42,683 | $ 28,514 | $ 16,923 | $ 13,682 | $ 9,266 | $ 1,462 |
| Sales | $ 500 | $ - | $ 250 | $ 250 | $ 250 | $ - | $ 250 |
| | | | | | | | |
| | | | | | | | |
| **COGS** | | | | | | $ - | |
| Sales | $ 475 | $ - | $ 238 | $ 238 | $ 238 | $ - | $ 238 |
| **Payroll** | | | | | | | |
| GM | $ 1,595 | $ 1,595 | $ 1,595 | $ 1,595 | $ 1,595 | $ 1,595 | $ 1,595 |
| Server | $ 1,020 | $ - | $ 1,020 | $ 1,020 | $ 1,020 | $ 1,020 | $ 1,020 |
| | | | | | | | |
| **Health Care** | | | | | | | |
| GM - Michelle Dacalos | | | $ 2,785 | | | | $ 2,785 |
| Floor Manager - Ryan Fay | | | | | | | |
| | | | | | | | |
| **Utilities** | | | | | | | |
| Con Edison | | $ 3,100 | | | | $ 3,100 | |
| National Grid | $ 480 | | | | $ 480 | | |
| Internet (Verizon) | $ - | | $ 350 | | | | $ 350 |
| Ooma (paid by SC) | | $ 35 | | $ 35 | | | |
| | | | | | | | |
| **G&A** | | | | | | | |
| Bookkeeping (Savvy Accounting) | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Office Expenses | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 | $ 20 |
| ADP | $ 124 | $ 124 | $ 124 | $ 124 | $ 124 | $ 124 | $ 124 |
| Toast POS | $ 210 | $ 220 | $ 100 | | | $ 220 | $ 100 |
| Toast Merchant Fees | $ 18 | $ - | $ 9 | $ 9 | $ 9 | $ - | $ 9 |
| Extermination | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 | $ 125 |
| Sanitation Removal | | $ 1,000 | | | | $ 1,000 | |
| Exhaust Hood & Precipitator | $ 3,600 | $ 3,600 | | | $ - | $ - | |
| Grease Trap | | | $ 1,000 | | | | |
| Plumbing | | | | $ 100 | | | $ 100 |
| Refridgeration | | $ 1,500 | | | | | |
| Ice Machine | | $ 2,500 | | | | | |
| Fire Alarm (Crossfire) | $ 100 | | | . | $ 100 | | |
| Ansul System | $ 550 | | | | | | |
| HVAC | | | $ 3,500 | | | | |
| Fire Extinguisher Inspection | | | $ 750 | | | | |
| | | | | | | | |
| **License and Permits** | | | | | | | |
| Dues and Subscriptions - Adobe | | $ 40 | | | | $ 40 | |
| Dues and Subscriptions - Quick Books | | $ 110 | | | | $ 110 | |
| Dues and Subscriptions - Deputy.com | | | $ - | | | | $ - |
| | | | | | | | |
| Misc | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| | | | | | | | |
| Sales Tax Payable | $ 50 | $ - | $ 25 | $ 25 | $ 25 | $ - | $ 25 |
| | | | | | | | |
| EIDL | $ 731 | | $ - | | $ 731 | | $ 731 |
| | | | | | | | |
| US Trustee Payment | | $ - | | | | $ 250 | |
| | | | | | | | |
| | | | | | | | |
| Total Expenses | $ 9,298 | $ 14,169 | $ 11,841 | $ 3,491 | $ 4,667 | $ 7,804 | $ 7,422 |
| | | | | | | | |
| P&L | $ (8,798) | $ (14,169) | $ (11,591) | $ (3,241) | $ (4,417) | $ (7,804) | $ (7,172) |